**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | SCV Graphic Productions, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Dangling Carrot Creative |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 26-1339498 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 500 Sandy Creek Road | 27520 Avenue Mentry |
| Number        Street | Number        Street |
| Building 2005 | |
| | P.O. Box |
| Fayetteville        GA        30214 | Valencia        CA        91355 |
| City        State        ZIP Code | City        State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fayette County | |
| County | Number        Street |
| | |
| | City        State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.danglingcarrotcreative.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor  SCV Graphic Productions, Inc.
Name

Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

3399

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

                District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

                District _____

                When _____
                      MM / DD / YYYY

                Case number, if known _____

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/28/2025___
MM / DD / YYYY

✘ /s/ _____
Signature of authorized representative of debtor

_____
Printed name

Title _____

**18. Signature of attorney**

✘ /s/ Benjamin Keck _____     Date ___04/28/2025___
Signature of attorney for debtor                                                   MM / DD / YYYY

Benjamin Keck _____
Printed name

Keck Legal, LLC _____
Firm name

2801 Buford Highway NE Suite 115 _____
Number          Street

Atlanta _____          GA          30329_____
City                                                          State          ZIP Code

4708266020 _____          bkeck@kecklegal.com_____
Contact phone                                                    Email address

943504 _____          GA_____
Bar number                                                    State

**Fill in this information to identify the case:**

Debtor name ___SCV Graphic Productions, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lexington - A Nassal Company 12660 Branford Street Pacoima, CA, 91331 | (818) 768-5768 | Monies Loaned / Advanced | | | | 516,000.00 |
| 2 | Trilith Studios P.O. Box 96427 Lockbox Acct: Trilith PropCo, LLC Charlotte, NC, 28296-0427 | 678-777-5276 | Rent | | | | 390,730.22 |
| 3 | Crenshaw 3840 Partners, LLC 800 West 6th Street Suite 600 Los Angeles, CA, 90017 | Charles Dunn 213-683-0500 x 6231 sortega@charlesdunn.com | Rent | | | | 321,863.81 |
| 4 | CA Department of Tax and Fee Administration P.O. Box 942879 Sacramento, CA, 94279 | | Taxes & Other Government Units | | | | 98,888.31 |
| 5 | Monster City 411 S West Ave Fresno, CA, 93706 | 5594980540 | Suppliers or Vendors | | | | 76,530.00 |
| 6 | RevChem Composites PO Box 333 Bloomington, CA, 92316 | (818) 988-6120 mvillagran@revchem.com | Suppliers or Vendors | | | | 65,550.13 |
| 7 | Georgia Department of Revenue 2595 Century Parkway NE Suite 339 Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 64,000.00 |
| 8 | Southern California Edison PO Box 300 Rosemead, CA, 91772-0001 | (800) 990-7788 sce@entnotification.sce.com | Utility Services | | | | 39,643.28 |

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Paint Unlimited 6066 Sandy Springs Circle Atlanta, GA, 30328 | paintunlimitedinc@gmail.com | Suppliers or Vendors | | | | 36,802.78 |
| 10 | AGFA Corporation P.O. Box 7247-6207 Philadelphia, PA, 19170-6207 | (888) 274-8626 agfa@billtrust.com | Services | | | | 32,216.01 |
| 11 | 360 Creative Solutions Group, LLC 3939 Royal Drive NW Suite 125 Kennesaw, GA, 30144 | 678-402-8084 kedar@360csg.com | Services | | | | 29,244.50 |
| 12 | North American Composites Company PO Box 848149 Los Angeles, CA, 90084-8149 | (909) 605-8977 ontariocs@nacomposites.com | Suppliers or Vendors | | | | 28,157.81 |
| 13 | HP Inc. P.O. Box 742881 Los Angeles, CA, 90074-2881 | luis.fernando.gonzalez.rodriguez @hp.com | Services | | | | 24,834.09 |
| 14 | Burrtec Waste Industries, Inc. PO Box 512403 Los Angeles, CA, 90051-0403 | (661) 222-2249 | Services | | | | 22,776.36 |
| 15 | Nusign Supply 1933 West Mission Blvd Pomona, CA, 91766 | (626) 961-7688 | Suppliers or Vendors | | | | 22,481.98 |
| 16 | Electronics For Imaging PO Box 742366 Los Angeles, CA, 90074-2366 | (650) 357-3500 AR.EFI@efi.com | Suppliers or Vendors | | | | 21,944.95 |
| 17 | Derouchey Foam 11035 Sutter Ave Pacoima, CA, 91331 | (888) 959-4852 lupe@derofoam.com | Suppliers or Vendors | | | | 21,118.60 |
| 18 | Piedmont Plastics PO Box 845649 Los Angeles, Ca, 90084-5649 | (704) 597-8200 bhazlejones@piedmontplastics.com | Suppliers or Vendors | | | | 19,093.67 |
| 19 | AGFA Corporation PO Box 2123 Carol Stream, IL, 60132-213 | (800) 540-2432 agfa@billtrust.com | Services | | | | 16,812.68 |
| 20 | Athens Paper P.O. Box 291329 Nashville, TN, 37229-1329 | (615) 889-7900 mvaughn@athenspaper.com | Suppliers or Vendors | | | | 14,594.19 |

United States Bankruptcy Court

Northern District of Georgia

In re:  SCV Graphic Productions, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/28/2025_____

/s/ _____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

360 Creative Solutions Group, LLC
3939 Royal Drive NW
Suite 125
Kennesaw, GA 30144

A Compressor Service
2512 Tapo St
Simi Valley, CA 93063

Abitech
5865 Smithway Street
Commerce, CA 90040

Active Air Systems Inc.
26752 Oak Ave
 Ste K
Santa Clarita, CA 91351

AGFA Corporation
P.O. Box 7247-6207
Philadelphia, PA 19170-6207

AGFA Corporation
PO Box 2123
Carol Stream, IL 60132-213

Alberto Ruiz Barajas

All Systems Go
28075 Avenue Stanford
Valencia, CA 91355

Alleguard
1093 Highway 278 East
Monticello, AR 71655-7907

Alliance Rental Solutions Inc.
23031 Charing Cross Rd.
Valencia, CA 91355

Alvy Bros Delivers, Inc.
28340 Avenue Crocker
Unit B
Valencia, CA 91355

Art Directors Guild
11969 Ventura Boulevard
Second Floor
Studio City, CA 91604

ATC Distributing
12843 Foothill Blvd
Unit D
Sylmar, CA 91342

Athens Paper
P.O. Box 291329
Nashville, TN 37229-1329

Atlanta Compressor, LLC
123 Merchants Park Dr.
Hoschton, GA 30548

Bank of America
201 N Tryon Street
NC1-022-08-15
Charlotte, NC 28255

Bay Alarm
P.O, Box 7137
San Francisco, CA 94120

Beck Welding & Fabrication
5071 Blackpool Ave
Oak Park, CA 91377

Benjamin Deutscher
1416 W San Bruno Ave
Fresno, CA 93711

Blessed to Clean
23206 Faisan Ct
Valencia, Ca 91355

Burrtec Waste Industries, Inc.
PO Box 512403
Los Angeles, CA 90051-0403

CA Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA 94279

Caldera, Inc.
106 Industrial Park Drive
Soddy-Daisy, TN 37379

California Franchise Tax Board
PO Box 115
Executive Officer MS-A390
Rancho Cordova, CA 95741

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279

Calsak Plastics
3105 Sweetwater Road
Suite J
Lawrenceville, GA 30044

Calsak Plastics
P.O. Box 888578
Los Angeles, CA 90088-8578

Composites One
955 National Pkwy
Schaumburg, IL 60173

Courier-Messengers, Inc.
PO Box 801120
Santa Clarita, CA 91380-1120

CourierNet
P.O. Box 409236
Atlanta, GA 30384

Creative Graphic Services
20734 Centre Pointe Pkwy
Santa Clarita, CA 91355

Crenshaw 3840 Partners, LLC
800 West 6th Street
Suite 600
Los Angeles, CA 90017

Damon Simpson
26767 Via La Paz
Valencia, CA 91381

Derouchey Foam
11035 Sutter Ave
Pacoima, CA 91331

DeRouchey Foam - East
11035 Sutter Avenue
Pacoima, CA 31331

Electronics For Imaging
PO Box 742366
Los Angeles, CA 90074-2366

ENGS Commercial Capital, LLC
PO Box 128
Itasca, IL 60143

Epic Distribution
725 E. Debra Lane
Anaheim, CA 92805

Fayette County Tax
P. O. Box 70
Fayetteville, GA 30214

FedEx
PO Box 7221
Pasadena, CA 91109

Fellers - DCC East
350 E Devon Ave
Lockbox#778841
Itasca, IL 60143

G.U. Eagle America, Inc.
855 S Milliken Ave
Suite E
Ontario, CA 91761

Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

GFI Construction, Inc.
25235 Avenue Tibbits
Valencia, CA 91355

Go LA Car Service LLC
26820 Espuma Dr
Santa Clarita, CA 91350

Grimco
29538 Network Place
Chicago, IL 60673-1295

Hardwoods Specialty Products US LP
9754 Deering Ave
Unit A
Chatsworth, CA 91311

Herc Rentals
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134

HP Inc.
P.O. Box 741046
Los Angeles, CA 90074-1046

HP Inc.
P.O. Box 742881
Los Angeles, CA 90074-2881

Huntington Bank
41 S. High Street
Columbus, OH 43215

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Jackson Milling & Lumber, Inc.
24854 Avenue Tibbitts
Valencia, CA 91355

James Powell
2829 N Burgan Avenue
Fresno, CA 93727

Klingspor Abrasives, Inc.
PO Box 2367
Hickory, NC 28603-2367

Kongsberg Precision Cutting Systems US, LLC
1983 Byers Road
Miamisburg, OH 45342

LA County Assessor
500 W. Temple Street
Room 225
Los Angeles, CA 90012

Laird Plastic
P.O. BOX 934226
Atlanta, Ga 31193

Lexington - A Nassal Company
12660 Branford Street
Pacoima, CA 91331

Linde Gas & Equipment Inc.
21450 Golden Triangle Rd
Santa Clarita, CA 91350-3519

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

LR Global
1 Clay Place
Hapeville, GA 30354

M&W Electric
PO BOX 1119
Hiram, GA 30141

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

McNichols
14108 Arbor Place
Cerritos, CA 90703

Media One
11752 Markon Dr.
Garden Grove, CA 92841-1813

Mitsubishi
1 Pierce Place, Suite 1100
Itasca, IL 60143

Monster City
411 S West Ave
Fresno, CA 93706

Montroy Supply, Co.
PO Box 93000
Long Beach, CA 90809-3000

MPIPHP
P.O. Box 516904
Los Angeles, CA 90051-7801

MWD Media Well Done
28534 Constellation Rd
Valencia, CA 91355

North American Composites Company
PO Box 848149
Los Angeles, CA 90084-8149

Nusign Supply
1933 West Mission Blvd
Pomona, CA 91766

Orkin, Inc.
P.O. Box 740300
Cincinnati, OH 45274-0300

Paint Unlimited
6066 Sandy Springs Circle
Atlanta, GA 30328

Pete Wallace Rigging
3234 Marjan Drive
Atlanta, GA 30340

Piedmont Plastics
PO Box 845649
Los Angeles, Ca 90084-5649

Pioneer Fire Professionals, Inc.
14819 Calvert St
Van Nuys, CA 91411

Platinum Sign Supply
560 Birch St
Building 4
Lake Elsinore, CA 92530

Polymershapes LLC - DCC East
P.O. Box 505503
St. Louis, MO 63150-5503

R&R Express Logistics
PO Box 72124
Cleveland, OH 44192

Read and Company
PO BOX 15264
Los Angeles, CA 90015

RevChem Composites
PO Box 333
Bloomington, CA 92316

Reynolds Advanced
2040 N Lincoln St
Burbank, CA 91504

Robotic Solutions - DCC East
16900 W Cleveland Ave
New Berlin, WI 53151

Ron Niner
25309 Rolling Greens Way
Valencia, CA 91355

Santa Clarita False Alarm Reduction Program
PO BOX 743065
Los Angeles, CA 90074-3065

Saroyan Hardwoods
6230 S Alameda St
Huntington Park, CA 90255

SCV Water
PO Box 515106
Los Angeles, CA 90051-5106

SoCalGas
PO Box C
Monterrey Park, CA 91756-5111

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

TForce Worldwide, Inc.
PO Box 7410328
Chicago, IL 60674-0328

Tom Haake
6716 Clybourn Ave
Unit 143
North Hollywood, CA 91606

Topa Topa Technology Group
1428 La Paz Dr
Ojai, CA 93023

Total Quality Logistics- DCC EAST
PO BOX 634558
Cincinnati, OH 45263-4558

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5855


TQL
PO Box 634558
Cincinnati, OH 45263-4558


Trilith Studios
P.O. Box 96427
Lockbox Acct: Trilith PropCo, LLC
Charlotte, NC 28296-0427


Triscenic Production Services Inc.
27615 Ave Hopkins
Santa Clarita, CA 91355


U.S. Small Business Administration
2 NORTH STREET, SUITE 320
Birmingham, AL 35203


Uline
PO BOX 88741
Chicago, IL 60680-1741


Vericore
10115 Kincy Avenue
Suite 100
Huntersville, NC 28078


Waste Management
PO Box 78251
Phoenix, AZ 85062


Watters Edge Design
PO BOX 733
Stevensville, MT 59870


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293


Zund America, Inc.
8142 S 6th St
Oak Creek, WI 53154

**United States Bankruptcy Court**

**IN RE:**                                                          Case No._____

SCV Graphic Productions, Inc.                                      Chapter    11
_____    _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Scott Niner<br>, | 100 | Common stockholder |