**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 25-10613-PMB** |
| **SCV GRAPHIC PRODUCTIONS, INC.,** | **Chapter 11** |
| Debtor. | |

### NOTICE OF SUPPLEMENT TO CASH COLLATERAL MOTION

The Debtor hereby files this notice of filing of this supplement to the Debtor's *Emergency Motion for Authority to Use Cash Collateral* [Doc. 8] (the "**Cash Collateral Motion**"). Attached as Exhibit A to the Cash Collateral Motion was a monthly budget setting forth the Debtor's projected cash flows for the months of May-October 2025 (the "**Initial Budget**").

In order to provide further detail regarding the projected weekly cash flows during the month of May 2025, which have been updated to reflect revised assumptions and recent developments, the Debtor files the supplemental budget (the "**Supplemental Budget**") attached hereto as **Exhibit 1**, which supersedes the Initial Budget with respect to the budgeted items for the month of May 2025.

Dated: May 1, 2025

Respectfully Submitted,

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
*Proposed Counsel for the Debtor*

## Exhibit 1

**Supplemental Budget**

| Period ending: | 5/10/2025 | 5/17/2025 | 5/24/2025 | 5/31/2025 |
|---|---:|---:|---:|---:|
| **Beginning Cash:** | $ 155,000.00 | $ 16,200.00 | $ 8,750.00 | $ 19,800.00 |
| **Client sales (Atlanta/Los Angeles)** | $ 75,000.00 | $ 80,000.00 | $ 100,000.00 | $ 120,000.00 |
| **Total Inflows:** | $ 75,000.00 | $ 100,000.00 | $ 100,000.00 | $ 120,000.00 |
| **Expenditures:** | | | | |
| Payroll, Taxes, and Benefits | $ 65,000.00 | $ 65,000.00 | $ 55,000.00 | $ 50,000.00 |
| Subleased Equipment (Equipment Payments) | $ - | $ 8,000.00 | $ - | $ - |
| Sales & Use Tax - Misc. Tax | $ 5,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| Subcontractors/Outside Services | $ 12,000.00 | $ 8,000.00 | $ 5,000.00 | $ 5,000.00 |
| Rent & Lease (Los Angeles/Atlanta total) | $ 44,000.00 | $ - | $ - | $ - |
| Insurance & Workers Comp | $ 55,000.00 | $ - | $ 4,000.00 | $ 5,000.00 |
| Meals / Client Engagement / Marketing | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Fuel / Travel | $ 300.00 | $ 300.00 | $ 300.00 | $ 800.00 |
| Utilities - Electric/Gas/Water/Telephone | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Office Supply / Operational Expenses | $ 600.00 | $ 300.00 | $ 500.00 | $ 500.00 |
| COGS - Materials/Ink Acquisition for jobs | $ 18,000.00 | $ 6,000.00 | $ 5,000.00 | $ 6,000.00 |
| Quickbooks | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Attorney's Fees | $ - | $ - | $ - | $ - |
| Equipment Maintenance / Service Contracts | $ 1,000.00 | $ 750.00 | $ 800.00 | $ 3,800.00 |
| Trash Survices. /Burtec | $ 500.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| MPIPH Union Benefits Contributions | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 8,200.00 |
| Misc Expenses | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,000.00 |
| Vehicle finance payments | $ 1,900.00 | $ 1,900.00 | $ 1,900.00 | $ 6,500.00 |
| Facilities Maintenance | $ 250.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| **Total Outflows:** | $ 213,800.00 | $ 107,450.00 | $ 88,950.00 | $ 98,550.00 |
| **Ending Cash:** | $ 16,200.00 | $ 8,750.00 | $ 19,800.00 | $ 41,250.00 |