**UNITED STATES BANKRUPTCY COURT**
**THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**


IN RE:                                                        Case No. 25-10613-pmb

SCV GRAPHIC PRODUCTIONS, INC.                                CHAPTER11

Debtor.
_____/


**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

The undersigned hereby enters his appearance on behalf of MITSUBISHI HC CAPITAL

AMERICA, INC., a creditor and interested party, and requests that all notices, pleadings, motions,

schedules and papers filed in this matter be sent to:

Stephen P. Drobny, Esq.
Jones Walker LLP
3455 Peachtree Rd. NE
Suite 1400
Atlanta, GA 30326
Tel.  (404) 870-7500
sdrobny@joneswalker.com

Please take further notice that the foregoing request includes not only the notices and

papers referred to in the Rules specified above but also includes, without limitation, notices of any

application, complaint, demand, hearing, motion, order, petitions, plan of reorganization or

disclosure statement, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telefax or otherwise,

filed with regard to the above-referenced bankruptcy proceeding.

Dated: May 1, 2025                    Respectfully Submitted,

JONES WALKER LLP
*Attorney for Creditor*
MITSUBISHI HC CAPITAL AMERICA, INC.
3455 Peachtree Rd. NE
Suite 1400
Atlanta, GA 30326
Tel.  (404) 870-7500
Fax   (404) 870-7501

By:____/s/ Stephen P. Drobny_____
    STEPHEN P. DROBNY
    Georgia Bar No. 430447

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties

listed below via ECF and/or first-class U.S. Mail on this 1st day of May, 2025.

*/s/ Stephen P. Drobny*_____

SCV Graphic Productions, Inc.
27520 Avenue Mentry
Valencia, CA 91355

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Benjamin R Keck
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

#103862986v1