**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| SCV Graphic Productions, Inc. d/b/a | ) | Case No. 25-10613-pmb |
| Dangling Carrot Creative, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Burr & Forman LLP, on behalf of Banc of America Leasing & Capital LLC ("BOA Leasing"), a creditor and party-in-interest to the above-styled case, and hereby files this Notice of Appearance and Request for Notices for the above-named party-in-interest, and pursuant to 11 U.S.C. §§ 102 and 342, and Fed.R.Bankr.P. 2002, 3017, 6007, 9007, and 9010(b) hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Kelly E. Waits
> **BURR & FORMAN LLP**
> 1075 Peachtree Street, NE, Suite 3000
> Atlanta, Georgia 30309
> Telephone: (404) 815-3000
> Facsimile: (404) 817-3244
> kwaits@burr.com

PLEASE TAKE FURTHER NOTICE that pursuant to Fed.R.Bankr.P 2002 and 9007, the foregoing request includes not only the notice and papers referred to in the Rules specified above,

but all other notices and papers, including, but not limited to: notices of any application, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telecopier, e-mail, or otherwise (1) that affects or seeks to affect, in any way the rights or interests of any party in interest in this case with respect to (a) the Debtor, (b) property in which the Debtor might claim an interest or the proceeds thereof, and (c) property or proceeds thereof in possession, custody or control of the Debtor or others that the Debtor might seek to use; or (2) that requires, or seeks to require any act, delivery of any property, payment, or other conduct from the Debtor.

PLEASE TAKE FURTHER NOTICE that it is BOA Leasing's intent that neither this Notice of Appearance and Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) BOA Leasing's right to have final orders in noncore proceedings entered only after de novo review by the District Court, (2) BOA Leasing's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) BOA Leasing's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupment to which BOA Leasing is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments BOA Leasing expressly reserves.

Respectfully submitted this 16th day of May, 2025.

BURR & FORMAN LLP

/s/ *Kelly E. Waits*
Kelly E. Waits
Georgia Bar No. 142677

*Attorneys for Banc of America Leasing & Capital LLC.*

2

BURR & FORMAN LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia  30309
(404) 815-3000 [Telephone]
(404) 817-3244 [Facsimile]
kwaits@burr.com

61044673 v1

## CERTIFICATE OF SERVICE

I hereby certify that this the 16th day of May, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

/s/ *Kelly E. Waits*
Kelly E. Waits
Georgia Bar No. 142677
BURR & FORMAN LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia  30309
(404) 685-4313 [Telephone]
(404) 214-7387 [Facsimile]
kwaits@burr.com

61044673 v1