IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SCV GRAPHIC PRODUCTIONS, INC., | ) | CASE NO.: 25-10613 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BAISIER |
| _____ | ) | _____ |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS AND PLEADINGS

Please take notice that Lee B. Perkins, Attorney at Law, counsel for creditor Paint Unlimited, Inc., hereby enters his appearance of record and requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for Paint Unlimited, Inc.:

> Lee B. Perkins, Esq.
> 3715 Northside Parkway NW
> Building 100, Suite 500
> Atlanta, Georgia 30327
> law@leeperkins.com

THIS __27__ day of May, 2025.

> ___/s/_____
> Lee B. Perkins
> Georgia State Bar No.: 572256
> Attorney for Paint Unlimited, Inc.

3715 Northside Parkway NW
Building 100, Suite 500
Atlanta, Georgia 30327
(404) 231-9229
law@leeperkins.com

## CERTIFICATE OF SERVICE

This is to certify that have I served a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR PAINT UNLIMITED, INC. by email via the ECF system or by depositing a copy of same in the United States Mail, with sufficient postage affixed thereon to assure delivery to the parties listed below:

>SCV Graphic Productions, Inc.
>d/b/a Dangling Carrot Creative
>500 Sandy Creek Road
>Building 2005
>Fayetteville, Georgia 30214
>
>Benjamin R. Keck, Esq.
>Keck Legal, LLC
>2801 Buford Highway NE, Suite 115
>Atlanta, Georgia 30329
>
>Jonathan S. Adams, Esq.
>United States Trustee
>75 Ted Turner Drive SW, 3rd Floor
>Atlanta, Georgia 30303

DATED this __27_ day of May, 2025.

>/s/
>Lee B. Perkins
>Georgia State Bar No.:  572256
>
>Attorney for Paint Unlimited, Inc.

1893