AMENDED

**Fill in this information to identify the case and this filing:**

Debtor Name ___SCV Graphic Productions, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): ___25-10613___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* ___A/B, D, E/F, G, H___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/29/2025___  ✗ _Scott Niner_
           MM / DD / YYYY            Scott Niner (May 29, 2025 22:09 PDT)
                                    Signature of individual signing on behalf of debtor

                                  Scott Niner
                                  Printed name
                                  President
                                  Position or relationship to debtor

AMENDED

| Fill in this information to identify the case: |
| --- |

Debtor name _____SCV Graphic Productions, Inc._____

United States Bankruptcy Court for the:  ___Northern District of Georgia___

Case number (If known):  ___25-10613___        (State)

☑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ......................................................................................  $ _____0.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ...................................................................................  $ ___2,590,690.46__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .......................................................................................  $ ___2,590,690.46__

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............................  $ ___1,694,572.72__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...............................................................  $ _____76,000.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................................  +$ ___3,463,635.83__

4. **Total liabilities** ...........................................................................................................................  $ ___5,234,208.55__
   Lines 2 + 3a + 3b

AMENDED

**Fill in this information to identify the case:**

Debtor name __SCV Graphic Productions, Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-10613__

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo | Savings | 1 4 0 4 | $ 1.00 |
| 3.2. Wells Fargo | Checking | 4 4 5 9 | $ 23,500.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1** — $ 23,501.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Security Deposit - Georgia locaion | $ 40,879.76 |
| 7.2. Security Deposit for Los Angeles Facility | $ Unknown |

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepayment for various insurance policies ............................................... $ Unknown

8.2. Employee Cash Advances ....................................................................... $ 42,963.87

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. ........................................ $ 83,843.63

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less: 523,547.34 − 43,000.00 = ➜ $ 480,547.34
face amount / doubtful or uncollectible accounts

11b. Over 90 days old: 92,390.71 − 12,000.00 = ➜ $ 80,390.71
face amount / doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. ........ $ 560,938.05

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $ _____

14.2. _____ _____ $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____ _____% _____ $ _____

15.2. _____ _____% _____ $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $ _____

16.2. _____ _____ $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. ................................. $ _____

---

Debtor  SCV Graphic Productions, Inc.                                    25-10613
Name                                               Case number (if known)

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** See Exhibit 1 - Schedule A/B Part 5, Question 22 Atta _____ | MM / DD / YYYY | $ _____ | _____ | 82,975.00 $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 82,975.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $ _____ | _____ | $ _____ |

---

Debtor    SCV Graphic Productions, Inc.
          Name                                                         Case number (if known)  25-10613

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> See Exhibit 2 - Schedule A/B Part 7, Question 41 Attachment | $_____ | _____ | $ 68,925.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 68,925.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* 25-10613 |
| | Name | |

---

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 | 2021 Mercedes Sprinter | $ | | $ 25,000.00 |
| 47.2 | 2020 Toyota Corolla | $ | | $ 13,157.78 |
| 47.3 | 2023 Toyota Sequioa | $ | | $ 50,000.00 |
| 47.4 | See continuation sheet | $ 0.00 | | $ 35,750.00 |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | | $ | | $ |
| 48.2 | | $ | | $ |

**49.  Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | | $ | | $ |
| 49.2 | | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Exhibit 3 - Schedule A/B Part 8, Question 50 Attachment

| | | |
|---|---|---|
| $ | | $ 1,326,600.00 |

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $ 1,450,507.78 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

AMENDED

Debtor    SCV Graphic Productions, Inc.    25-10613
_____    _____
Name    Case number *(if known)*

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Lease at 500 Sandy Creek Road Building 2005 – Fayetteville, GA 30214 | Leasehold | | | Unknown $_____ |
| 55.2  Lease at 27510 Avenue Mentry, Los Angeles CA 91355 | Leasehold | $_____ | | Unknown $_____ |
| 55.3 | | $_____ | | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Dangling Carrot Creative Trade Secrets | $_____ | | Unknown $_____ |
| 61. **Internet domain names and websites** Domain - danglingcarrotcreative.com | $_____ | | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    SCV Graphic Productions, Inc.                                    Case number (if known) 25-10613
      Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   See continuation sheet

   300,000.00 – 0.00 = ➜  $ 300,000.00
   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   | | Tax year _____ | $_____ |
   | | Tax year _____ | $_____ |
   | | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**
   See continuation sheet

   $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   Potential claims against former employees, claim amount undermine

   $ Unknown

   Nature of claim          Business torts
   Amount requested      $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   $_____

   Nature of claim          _____
   Amount requested      $_____

76. **Trusts, equitable or future interests in property**

   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   Loan to former employee (probably uncollectable)

   $ 20,000.00

   $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.

   $ 320,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

AMENDED

Debtor    SCV Graphic Productions, Inc.
_____
Name

Case number *(if known)* 25-10613
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 23,501.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 83,843.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 560,938.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 82,975.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 68,925.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,450,507.78 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 320,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,590,690.46 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................ 2,590,690.46        $ 2,590,690.46

| Debtor 1 | SCV Graphic Productions, Inc. | | | 25-10613 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Continuation Sheet for Official Form 206 A/B

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2013 Mercedes Sprinter | | | 12,000.00 |
| 2003 Dodge Ram 1500 | | | 3,750.00 |
| 2020 Mercedes Sprinter | | | 20,000.00 |

**71) Notes receivable**

| General description | Total face amount | Doubtful or uncollectible amount | Current value |
|---|---|---|---|
| Note due from M9 Sports – Uncollectable | 0.00 | 0.00 | 0.00 |
| Note due from Dangling Carrot Confections (amount collectable unknown) | 300,000.00 | 0.00 | 300,000.00 |

**73) Interests in insurance policies or annuities**

| General description | Current value |
|---|---|
| "Key Man" Life Insurance Policy | Unknown |
| "Key Man" Life Insurance Policy | Unknown |

Attachment for **Schedule A/B Part 5, Question 22** Attachment - Other inventory or supplies

| Schedule A/B Part 5, Question 22 Attachment | | |
|---|---|---|
| **ITEM** | **Market Value** | **Type** |
| Shop fans x10 | $ 300.00 | Inventory |
| Paint and paint supplies | $ 400.00 | Inventory |
| Ladders x3 - rolling ladders x1 - step x4 | $ 450.00 | Inventory |
| Saw horses x14 | $ 50.00 | Inventory |
| trash cans x20 | $ 25.00 | Inventory |
| tool box with tools | $ 275.00 | Inventory |
| Drills, routers, sanders, nail guns, vice, grinders, | $ 1,100.00 | Inventory |
| welder, acrylic heater, batteries, chargers, brooms, | $ 150.00 | Inventory |
| air hoses, air tools, presure washer | $ 75.00 | Inventory |
| Stoarage cabinets x4 | $ 50.00 | Inventory |
| Sevice carts x6 | $ 100.00 | Inventory |
| Atlanta Sheet Stock/Production Supplies | $ 45,000.00 | Inventory |
| Los Angeles Sheet Stock/Production Supplies | $ 35,000.00 | Inventory |

Attachment for **Schedule A/B Part 7, Question 41 Attachment -** Office equipment, including all computer equipment and communication systems equipment and software.

| Schedule A/B Part 7, Question 41 Attachment | | |
|---|---|---|
| **ITEM** | **Market Value** | **Type** |
| GROMMETER | $ 3,000.00 | Office Equipment |
| SEAMER | $ 1,000.00 | Office Equipment |
| LAMINATOR | $ 4,000.00 | Office Equipment |
| ARTILLERY 3D PRINTERS -12 | $ 6,000.00 | Office Equipment |
| TABLE SAW | $ 2,000.00 | Office Equipment |
| MITER SAW X2 | $ 1,000.00 | Office Equipment |
| DRILL PRESS | $ 500.00 | Office Equipment |
| BAND SAW | $ 350.00 | Office Equipment |
| EDGE BELT/SPINDLE SANDER | $ 200.00 | Office Equipment |
| BENCH GRINDER | $ 100.00 | Office Equipment |
| SHOP VAC X3 | $ 50.00 | Office Equipment |
| LARGE FANS X4 | $ 100.00 | Office Equipment |
| DRILLS X5 | $ 100.00 | Office Equipment |
| SANDERS X5 | $ 50.00 | Office Equipment |
| NAILERS X4 | $ 45.00 | Office Equipment |
| GRINDERS X3 | $ 25.00 | Office Equipment |
| JIGSAW X 2 | $ 20.00 | Office Equipment |
| FANS X4 | $ 20.00 | Office Equipment |
| GOLFCART | $ 2,000.00 | Office Equipment |
| OFFICE PRINTERS X 6 | $ 300.00 | Office Equipment |
| OFFICE COMPUTERS X8 | $ 6,000.00 | Office Equipment |
| EXTRA MONITORS X5 | $ 350.00 | Office Equipment |
| Laminator (x2) | $ 3,000.00 | Office Equipment |
| Pannel saw | $ 1,200.00 | Office Equipment |
| Spray booth | $ 24,000.00 | Office Equipment |
| Storage racks (x9) 10' - (x3) 8' - (x4) 6' | $ 6,000.00 | Office Equipment |
| Paint cabinet x1 | $ 100.00 | Office Equipment |
| Production tables x15 | $ 400.00 | Office Equipment |
| Laminator tables x2 | $ 50.00 | Office Equipment |
| saw zall, drilll press, clamps, jig saw, band saw, | $ 360.00 | Office Equipment |
| rolling carts x4 | $ 80.00 | Office Equipment |
| vacuums x4 | $ 40.00 | Office Equipment |
| Floor Sweeper | $ 375.00 | Office Equipment |
| zamboni | $ 1,350.00 | Office Equipment |
| flamable cabinet x2 | $ 150.00 | Office Equipment |
| saw stop table | $ 800.00 | Office Equipment |

| | | |
|---|---|---|
| chop saw x3 (x2 wood x1 steel) | $ 200.00 | Office Equipment |
| wall mount cutter | $ 80.00 | Office Equipment |
| Rigid belt sander | $ 40.00 | Office Equipment |
| bosh table router | $ 50.00 | Office Equipment |
| Air purifer | $ 20.00 | Office Equipment |
| PC Count a5 | $ 750.00 | Office Equipment |
| Smaller printer count 4 | $ 150.00 | Office Equipment |
| Large Xerox Printer | $ 2,500.00 | Office Equipment |
| Shredder | $ 20.00 | Office Equipment |

Attachment for **Schedule A/B Part 8, Question 50** Attachment - Other machinery, fixtures, and equipment

**Schedule A/B Part 8, Question 50 Attachment**

| ITEM | Market Value | Machinery and Vehicles |
|---|---|---|
| SMALL RESIN PRINTER | $ 500.00 | Equipment |
| fork lift | $ 2,600.00 | Equipment |
| EFI | $ 155,000.00 | Equipment |
| MIRA | $ 65,000.00 | Equipment |
| TITAN | $ 50,000.00 | Equipment |
| KUKA | $ 65,000.00 | Equipment |
| HP1500 | $ 20,000.00 | Equipment |
| HP 570 x 2 | $ 12,000.00 | Equipment |
| HP360 | $ 6,000.00 | Equipment |
| ESKO/KONGSBERG | $ 56,000.00 | Equipment |
| TECHNO ROUTER | $ 18,000.00 | Equipment |
| COBRA ROUTER | $ 12,000.00 | Equipment |
| HOT WIRE | $ 12,000.00 | Equipment |
| GRAPHTEC 8600 | $ 2,000.00 | Equipment |
| GRAPHTEC 7500 | $ 1,500.00 | Equipment |
| LARGE RESIN PRINTER | $ 45,000.00 | Equipment |
| COMPRESSORS x3 | $ 12,000.00 | Equipment |
| FORKLIFT | $ 4,000.00 | Equipment |
| Hp latex 360 | $ 3,000.00 | Equipment |
| Hp latex 370 | $ 4,000.00 | Equipment |
| Plotter (x2) | $ 2,000.00 | Equipment |
| EFI | $ 155,000.00 | Equipment |
| Large eagle laser | $ 22,000.00 | Equipment |
| Small eagle engraver | $ 4,000.00 | Equipment |
| Zund | $ 6,000.00 | Equipment |
| Agfa | $ 35,000.00 | Equipment |
| Hot wire | $ 8,000.00 | Equipment |
| Kuka routers (x2) | $ 70,000.00 | Equipment |
| Fiber lazer | $ 36,000.00 | Equipment |
| Routers (x2) | $ 385,000.00 | Equipment |
| Magforms p8100 | $ 58,000.00 | Equipment |

AMENDED

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SCV Graphic Productions, Inc. |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 25-10613 |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
Bank of America

**Describe debtor's property that is subject to a lien**
Kongsverg cutter

$ 31,955.90   $ Unknown

Creditor's mailing address
IL4-135-10-12, 110 N. Wacker Dr
Chicago, IL 60606

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
CA Department of Tax and Fee Administration

**Describe debtor's property that is subject to a lien**
Tax lien on all real and personal property

$98,888.31   $Undetermined

Creditor's mailing address
P.O. Box 942879
Sacramento, CA 94279

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
   $ 1,694,572.72

AMENDED

Debtor    SCV Graphic Productions, Inc.
_____
Name

Case number *(if known)*____ 25-10613

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3  Creditor's name
ENGS Commercial Capital, LLC

**Describe debtor's property that is subject to a lien**

Esko Kongsberg

$59,537.14    $ Undetermined

**Creditor's mailing address**

PO Box 128
Itasca, IL 60143

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines ____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.4  Creditor's name
ENGS Commercial Capital, LLC

**Describe debtor's property that is subject to a lien**

HP1500 Printer

$2,390.53    $ Undetermined

**Creditor's mailing address**

PO Box 128
Itasca, IL 60143

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
UCC-1 Recorded 9/19/2018

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines ____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|---|---|---|---|
| | Name | | |

---

**Part 1:     Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
ENGS Commercial Capital, LLC

Creditor's mailing address

PO Box 128
Itasca, IL 60143

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
EFI Commercial Printer

$187,414.00     $Undetermined

**Describe the lien**
UCC-1 Recorded on 12/28/2022

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Flagstar Financial & Leasing

Creditor's mailing address

P.O. Box 71278
Philadelphia, PA 19176-6278

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
Helios P800 SLA 3D Printer

$0.00     $Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* 25-10613 |
|---|---|---|
| | Name | |

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name
Huntington Bank

**Describe debtor's property that is subject to a lien**

CNC Router and CNC Machine

$311,194.42    $185,160.00

**Creditor's mailing address**

41 S. High Street
Columbus, OH 43215

**Creditor's email address, if known**

Loretta.L.Anstead@financediv.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** Creditor's name
Mercedes Finance

**Describe debtor's property that is subject to a lien**

2021 Mercedes Sprinter

$13,002.43    $25,000.00

**Creditor's mailing address**

PO Box 5260
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

|  |  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

### 2.9

**Creditor's name**
Mercedes Finance

**Creditor's mailing address**

PO Box 5260
Carol Stream, IL 60197

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Mercedes Sprinter

$31,631.97     $20,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.10

**Creditor's name**
Mitsubishi HC Capital

**Creditor's mailing address**

1 Pierce Place, Suite 1100
Itasca, IL 60143

**Creditor's email address, if known**

jgerkewicz@mhccna.com

**Date debt was incurred** _____

**Last 4 digits of account number** 2518

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 EFI - VUTEK 5R+ SUPER WIDE R

$179,864.55     $484,164.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | | Case number (if known) 25-10613 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Column A** Amount of claim
Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
Mitsubishi HC Capital

**Describe debtor's property that is subject to a lien**

2021 EFI - VUTEK 5R+ SUPER WIDE R

$173,841.88        $484,164.00

**Creditor's mailing address**

1 Pierce Place, Suite 1100
Itasca, IL 60143

**Creditor's email address, if known**

jgerkewicz@mhccna.com

**Describe the lien**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**    3218

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.12** Creditor's name
Toyota Financial Services

**Describe debtor's property that is subject to a lien**

2020 Toyota Corolla

$1,628.59        $13,157.78

**Creditor's mailing address**

PO Box 5855
Carol Stream, IL 60197-5855

**Creditor's email address, if known**

_____

**Describe the lien**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**    0007

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

AMENDED

Debtor    SCV Graphic Productions, Inc.
_____
Name

Case number (if known) 25-10613

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name
U.S. Small Business Administration
_____

Creditor's mailing address
_____
2 North Street
Suite 320, Birmingham, AL 35203

Creditor's email address, if known
_____

Date debt was incurred    _____
Last 4 digits of account
number    2590

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Blanket lien on all property

$461,330.00    $ Undetermined

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.14** Creditor's name
Wells Fargo
_____

Creditor's mailing address
_____
420 Montgomery Street
San Francisco, CA 94104

Creditor's email address, if known
_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Various items including inventory and receivables

$141,893.00    $ 0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

AMENDED

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SCV Graphic Productions, Inc. |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | 25-10613 |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>California Franchise Tax Board<br>PO Box 115<br>Executive Officer MS-A390<br>Rancho Cordova, CA 95741<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | $ 0.00 | $ |

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>California State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | $ Unknown | $ |

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>Fayette County Tax<br>P. O. Box 70<br>Fayetteville, GA 30214<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | $ Unknown | $ |

Debtor    SCV Graphic Productions, Inc.
　　　　Name

Case number (if known) 25-10613

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**
Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

$ 0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5** **Priority creditor's name and mailing address**
Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

$ 64,000.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6** **Priority creditor's name and mailing address**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

$ 0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.7** **Priority creditor's name and mailing address**
LA County Assessor
500 W. Temple Street
Room 225
Los Angeles, CA 90012

$ 12,000.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|--------|-------------------------------|------------------------|----------|
|        | Name                          |                        |          |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|--|--|--|

**3.1**
**Nonpriority creditor's name and mailing address**
360 Creative Solutions Group, LLC
3939 Royal Drive NW
Suite 125
Kennesaw, GA 30144

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 29,244.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
A Compressor Service
2512 Tapo St
Simi Valley, CA 93063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 2,650.05

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Abitech
5865 Smithway Street
Commerce, CA 90040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 1,219.80

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Active Air Systems Inc.
26752 Oak Ave
Ste K
Santa Clarita, CA 91351

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 8,936.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
AGFA Corporation
P.O. Box 7247-6207
Philadelphia, PA 19170-6207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 32,216.01

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
AGFA Corporation
PO Box 2123
Carol Stream, IL 60132-213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 16,812.68

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

AMENDED

| Debtor | SGV Graphic Productions, Inc. | | Case number *(if known)* | 25-10613 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7  **Nonpriority creditor's name and mailing address**

Alberto Ruiz Barajas

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

---

**3.** 8  **Nonpriority creditor's name and mailing address**

All Systems Go
28075 Avenue Stanford
Valencia, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 733.45

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Alleguard
1093 Highway 278 East
Monticello, AR 71655-7907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,777.16

---

**3.** 10  **Nonpriority creditor's name and mailing address**

Alliance Rental Solutions Inc.
23031 Charing Cross Rd.
Valencia, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,611.26

---

**3.** 11  **Nonpriority creditor's name and mailing address**

Alvy Bros Delivers, Inc.
28340 Avenue Crocker
Unit B
Valencia, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

Art Directors Guild
11969 Ventura Boulevard
Second Floor
Studio City, CA 91604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 354.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.13  Nonpriority creditor's name and mailing address**

Ascentium Capital - InTech Polyurea Rig
Rig 23970 Hwy 59 N
Kingwood, TX 77339-1535

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 590.92

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.14  Nonpriority creditor's name and mailing address**

ATC Distributing
12843 Foothill Blvd
Unit D
Sylmar, CA 91342

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.15  Nonpriority creditor's name and mailing address**

Athens Paper
P.O. Box 291329
Nashville, TN 37229-1329

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,594.19

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.16  Nonpriority creditor's name and mailing address**

Atlanta Compressor, LLC
123 Merchants Park Dr.
Hoschton, GA 30548

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,510.60

Date or dates debt was incurred _____
Last 4 digits of account number _____

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Bank of America
201 N Tryon Street
NC1-022-08-15
Charlotte, NC 28255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18  Nonpriority creditor's name and mailing address**

Bay Alarm
P.O. Box 7137
San Francisco, CA 94120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,624.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19  Nonpriority creditor's name and mailing address**

Beck Welding & Fabrication
5071 Blackpool Ave
Oak Park, CA 91377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,250.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20  Nonpriority creditor's name and mailing address**

Benjamin Deutscher
1416 W San Bruno Ave
Fresno, CA 93711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,062.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21  Nonpriority creditor's name and mailing address**

Blessed to Clean
23206 Faisan Ct
Valencia, Ca 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,384.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22   Nonpriority creditor's name and mailing address**

Burrtec Waste Industries, Inc.
PO Box 512403
Los Angeles, CA 90051-0403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 22,776.36

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23   Nonpriority creditor's name and mailing address**

Caldera, Inc.
106 Industrial Park Drive
Soddy-Daisy, TN 37379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,790.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24   Nonpriority creditor's name and mailing address**

Calsak Plastics
3105 Sweetwater Road
Suite J
Lawrenceville, GA 30044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,586.85

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25   Nonpriority creditor's name and mailing address**

Calsak Plastics
P.O. Box 888578
Los Angeles, CA 90088-8578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,160.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26   Nonpriority creditor's name and mailing address**

Composites One
955 National Pkwy
#10
Schaumburg, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27 Nonpriority creditor's name and mailing address**

Courier-Messengers, Inc.
PO Box 801120
Santa Clarita, CA 91380-1120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.28 Nonpriority creditor's name and mailing address**

CourierNet
P.O. Box 409236
Atlanta, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,079.23

---

**3.29 Nonpriority creditor's name and mailing address**

Creative Graphic Services
20734 Centre Pointe Pkwy
Santa Clarita, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24,461.00

---

**3.30 Nonpriority creditor's name and mailing address**

Crenshaw 3840 Partners, LLC
800 West 6th Street
Suite 600
Los Angeles, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 321,863.81

---

**3.31 Nonpriority creditor's name and mailing address**

Derouchey Foam
11035 Sutter Ave
Pacoima, CA 91331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,118.60

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|--------|-------------------------------|------------------------|----------|
|        | Name                          |                        |          |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32  Nonpriority creditor's name and mailing address**

DeRouchey Foam - East
11035 Sutter Avenue
Pacoima, CA 31331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,119.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33  Nonpriority creditor's name and mailing address**

DMS Bryce Router
1068 Elkton Drive
Colorado Springs, CO 80907

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 88,118.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34  Nonpriority creditor's name and mailing address**

DMS Redwood Router

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 173,253.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35  Nonpriority creditor's name and mailing address**

Eagle Fiber Laser
855 S Milliken Ave Ste E
Ontario, CA 91761

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 96,699.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36  Nonpriority creditor's name and mailing address**

EFI East
PO Box 74236
Los Angeles, CA 90074-2366

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 191,945.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

EFI West
PO Box 742366
Los Angeles, CA 90074-2366

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 187,414.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Electronics For Imaging
PO Box 742366
Los Angeles, CA 90074-2366

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 21,944.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Epic Distribution
725 E. Debra Lane
Anaheim, CA 92805

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Esko Kongsberg
1983 Byers Road
Miamisburg, OH 45342

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 59,537.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

FedEx
PO Box 7221
Pasadena, CA 91109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 5,999.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 42  **Nonpriority creditor's name and mailing address**

Fellers - DCC East
350 E Devon Ave
Lockbox#778841
Itasca, IL 60143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 1,209.50

---

**3.** 43  **Nonpriority creditor's name and mailing address**

First Citizens Bank & Trust Co.
21146 Network Place
Chicago, IL 60673-1211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 6,776.80

---

**3.** 44  **Nonpriority creditor's name and mailing address**

G.U. Eagle America, Inc.
855 S Milliken Ave
Suite E
Ontario, CA 91761

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 5,590.00

---

**3.** 45  **Nonpriority creditor's name and mailing address**

GFI Construction, Inc.
25235 Avenue Tibbits
Valencia, CA 91355

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 6,375.00

---

**3.** 46  **Nonpriority creditor's name and mailing address**

Go LA Car Service LLC
26820 Espuma Dr
Santa Clarita, CA 91350

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ Unknown

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number *(if known)* 25-10613 |
|--------|-------------------------------|-----------------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47 **Nonpriority creditor's name and mailing address**

Grimco
29538 Network Place
Chicago, IL 60673-1295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,621.56

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48 **Nonpriority creditor's name and mailing address**

Hardwoods Specialty Products US LP
9754 Deering Ave
Unit A
Chatsworth, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49 **Nonpriority creditor's name and mailing address**

Herc Rentals
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,143.85

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50 **Nonpriority creditor's name and mailing address**

Highland Capital
PO Box 51045
Newark, NJ 07101-5145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,360.17

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51 **Nonpriority creditor's name and mailing address**

HP Inc.
P.O. Box 741046
Los Angeles, CA 90074-1046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,680.36

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | SGV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52**  Nonpriority creditor's name and mailing address

HP Inc.
P.O. Box 742881
Los Angeles, CA 90074-2881

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 24,834.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53**  Nonpriority creditor's name and mailing address

Jackson Milling & Lumber, Inc.
24854 Avenue Tibbitts
Valencia, CA 91355

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54**  Nonpriority creditor's name and mailing address

James Powell
2829 N Burgan Avenue
Fresno, CA 93727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 2,801.86

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55**  Nonpriority creditor's name and mailing address

Klingspor Abrasives, Inc.
PO Box 2367
Hickory, NC 28603-2367

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 346.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56**  Nonpriority creditor's name and mailing address

Kongsberg Precision Cutting Systems US, LLC
1983 Byers Road
Miamisburg, OH 45342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,153.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 57   Nonpriority creditor's name and mailing address**

Laird Plastic
P.O. BOX 934226
Atlanta, Ga 31193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 58   Nonpriority creditor's name and mailing address**

Lexington - A Nassal Company
12660 Branford Street
Pacoima, CA 91331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 516,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 59   Nonpriority creditor's name and mailing address**

Linde Gas & Equipment Inc.
21450 Golden Triangle Rd
Santa Clarita, CA 91350-3519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,419.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 60   Nonpriority creditor's name and mailing address**

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,733.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 61   Nonpriority creditor's name and mailing address**

LR Global
1 Clay Place
Hapeville, GA 30354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 649.47

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|--------|-------------------------------|--------------------------|----------|
|        | Name |  |  |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62**  **Nonpriority creditor's name and mailing address**

M&W Electric
PO BOX 1119
Hiram, GA 30141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,258.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**

Magforms SLA
70 Huanzhou North Road
Building 3, Huihong Industrial Park
Tanzhou Town, Zhongshan City, Guangdong
528467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 91,262.76

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 648.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65**  **Nonpriority creditor's name and mailing address**

McNichols
14108 Arbor Place
Cerritos, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5,249.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66**  **Nonpriority creditor's name and mailing address**

Media One
11752 Markon Dr.
Garden Grove, CA 92841-1813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 14,223.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|--------|------|------|------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67  Nonpriority creditor's name and mailing address**

Monster City
411 S West Ave
Fresno, CA 93706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 76,530.00

---

**3.68  Nonpriority creditor's name and mailing address**

Montroy Supply, Co.
PO Box 93000
Long Beach, CA 90809-3000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,331.57

---

**3.69  Nonpriority creditor's name and mailing address**

MPIPHP
P.O. Box 516904
Los Angeles, CA 90051-7801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.70  Nonpriority creditor's name and mailing address**

MWD Media Well Done
28534 Constellation Rd
Valencia, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,870.50

---

**3.71  Nonpriority creditor's name and mailing address**

North American Composites Company
PO Box 848149
Los Angeles, CA 90084-8149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 28,157.81

---

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

Nusign Supply
1933 West Mission Blvd
Pomona, CA 91766

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 22,481.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**

Orkin, Inc.
P.O. Box 740300
Cincinnati, OH 45274-0300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 585.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

Paint Unlimited
6066 Sandy Springs Circle
Atlanta, GA 30328

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 36,802.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**

Pete Wallace Rigging
3234 Marjan Drive
Atlanta, GA 30340

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,962.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

Piedmont Plastics
PO Box 845649
Los Angeles, Ca 90084-5649

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 19,093.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.77**    Nonpriority creditor's name and mailing address

Pioneer Fire Professionals, Inc.
14819 Calvert St
Van Nuys, CA 91411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 393.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78**    Nonpriority creditor's name and mailing address

Platinum Sign Supply
560 Birch St
Building 4
Lake Elsinore, CA 92530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79**    Nonpriority creditor's name and mailing address

Polymershapes LLC - DCC East
P.O. Box 505503
St. Louis, MO 63150-5503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80**    Nonpriority creditor's name and mailing address

R&R Express Logistics
PO Box 72124
Cleveland, OH 44192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.81**    Nonpriority creditor's name and mailing address

Read and Company
PO BOX 15264
Los Angeles, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82   Nonpriority creditor's name and mailing address**

RevChem Composites
PO Box 333
Bloomington, CA 92316

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 65,550.13

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.83   Nonpriority creditor's name and mailing address**

Reynolds Advanced
2040 N Lincoln St
Burbank, CA 91504

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.84   Nonpriority creditor's name and mailing address**

Robotic Solutions - DCC East
16900 W Cleveland Ave
New Berlin, WI 53151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,274.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.85   Nonpriority creditor's name and mailing address**

Ronald Niner
25309 Rolling Greens Way
Santa Clarita, CA 91350

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 430,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.86   Nonpriority creditor's name and mailing address**

Santa Clarita False Alarm Reduction Program
PO BOX 743065
Los Angeles, CA 90074-3065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,451.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    SCV Graphic Productions, Inc.    Case number *(if known)* 25-10613
       Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Saroyan Hardwoods
6230 S Alameda St
Huntington Park, CA 90255

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.88** Nonpriority creditor's name and mailing address

SBA Loan
2 North Street
Suite 320
Birmingham, AL 35203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 141,893.00

---

**3.89** Nonpriority creditor's name and mailing address

SCV Water
PO Box 515106
Los Angeles, CA 90051-5106

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.90** Nonpriority creditor's name and mailing address

SoCalGas
PO Box C
Monterrey Park, CA 91756-5111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 341.66

---

**3.91** Nonpriority creditor's name and mailing address

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 39,643.28

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

TForce Worldwide, Inc.
PO Box 7410328
Chicago, IL 60674-0328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,206.34

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.93** Nonpriority creditor's name and mailing address

Tom Haake
6716 Clybourn Ave
Unit 143
North Hollywood, CA 91606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 750.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.94** Nonpriority creditor's name and mailing address

Topa Topa Technology Group
1428 La Paz Dr
Ojai, CA 93023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,530.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.95** Nonpriority creditor's name and mailing address

Total Quality Logistics- DCC EAST
PO BOX 634558
Cincinnati, OH 45263-4558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,350.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.96** Nonpriority creditor's name and mailing address

TQL
PO Box 634558
Cincinnati, OH 45263-4558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 6,981.72

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

AMENDED

| Debtor | SGV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|--------|---------|------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97 Nonpriority creditor's name and mailing address**

Trilith Robot
16900 W Cleveland Ave
New Berlin, WI 53151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 38,003.30

---

**3.98 Nonpriority creditor's name and mailing address**

Trilith Studios
P.O. Box 96427
Lockbox Acct: Trilith PropCo, LLC
Charlotte, NC 28296-0427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 390,730.22

---

**3.99 Nonpriority creditor's name and mailing address**

Triscenic Production Services Inc.
27615 Ave Hopkins
Santa Clarita, CA 91355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,950.00

---

**3.100 Nonpriority creditor's name and mailing address**

Uline
PO BOX 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.101 Nonpriority creditor's name and mailing address**

Waste Management
PO Box 78251
Phoenix, AZ 85062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,831.76

---

AMENDED

| Debtor | SGV Graphic Productions, Inc. | | Case number (if known) | 25-10613 |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 102  **Nonpriority creditor's name and mailing address**

Watters Edge Design
PO BOX 733
Stevensville, MT 59870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 451.25

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 103  **Nonpriority creditor's name and mailing address**

Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,321.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 104  **Nonpriority creditor's name and mailing address**

Zund America, Inc.
8142 S 6th St
Oak Creek, WI 53154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 388.37

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

AMENDED

Debtor    SGV Graphic Productions, Inc.                    Case number *(if known)*  25-10613
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Law offices of Kenneth J. Freed<br>4340 Fulton Ave., Third Floor<br>P.O. Box 5914<br>Sherman Oaks, CA, 91413 | Line 3.18<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 76,000.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 3,463,635.83 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,539,635.83 |

AMENDED

**Fill in this information to identify the case:**

Debtor name SCV Graphic Productions, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 25-10613      Chapter 11

☑ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: Lease - Atlanta Office <br><br> State the term remaining <br> List the contract number of any government contract | Trilith Studios <br> P.O. Box 96427 <br> Charlotte, NC, 28296 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: Lexus - Vehicle lease <br><br> State the term remaining: 1 month <br> List the contract number of any government contract | Toyota |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: Lease contract - L.A. Office Lessor <br><br> State the term remaining <br> List the contract number of any government contract | Charles Dunn <br> 800 West Sixth Street, 6th Floor <br> Los Angeles, CA, 90017 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |

AMENDED

| Fill in this information to identify the case: |
|---|
| Debtor name   SCV Graphic Productions, Inc. |
| United States Bankruptcy Court for the:   Northern District of Georgia |
| Case number (If known):   25-10613 |

☑ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Scott Niner | | Wells Fargo | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  Scott Niner | | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

AMENDED

**Fill in this information to identify the case:**

Debtor name  SCV Graphic Productions, Inc.

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  25-10613

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From 01/01/2025 MM / DD / YYYY  to  Filing date | ☑ Operating a business<br>☐ Other | $ 2,050,793.73 |
| **For prior year:**  From 01/01/2024 MM / DD / YYYY  to  12/01/2024 MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 9,237,696.00 |
| **For the year before that:**  From 01/01/2023 MM / DD / YYYY  to  12/01/2023 MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,074,757.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From _____ MM / DD / YYYY  to  Filing date | _____ | $ _____ |
| **For prior year:**  From _____ MM / DD / YYYY  to  _____ MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:**  From _____ MM / DD / YYYY  to  _____ MM / DD / YYYY | _____ | $ _____ |

AMENDED

Debtor    SCV Graphic Productions, Inc.
_____
Name

Case number (if known)  25-10613
_____

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit 4 - Attached SOFA Part 2, Quest<br>Creditor's name | | $ 0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐  None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit 5 - Attached SOFA Part 2, Questic<br>Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX–_____

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Crenshaw 3840 Partners v. SCV Graphic Productions | Dispossessory | Los Angeles County Superior Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>25CHCV01246 | | 9425 Penfield Ave<br>Chatsworth, CA 91311 | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|--------|-------------------------------|--------------------------|----------|
|        | Name                          |                          |          |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|-----------------------------|-------|
|                              |                             | $ |
| Custodian's name | **Case title** | **Court name and address** |
|  |  | Name |
|  | **Case number** |  |
|  | **Date of order or assignment** |  |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. Recipient's name |  |  | $ |
|  |  |  | $ |
| **Recipient's relationship to debtor** |  |  |  |
| 9.2. Recipient's name |  |  | $ |
|  |  |  | $ |
| **Recipient's relationship to debtor** |  |  |  |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). |  | $ |

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number (if known) | 25-10613 |
|---|---|---|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Keck Legal | | 4/21/2025 | $ 15,000.00 |
| | **Address** | | | |
| | 2801 Buford Hwy, NE Suite 115 Atlanta, GA 30329 | | | |
| | **Email or website address** bkeck@kecklegal.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Keck Legal | | 04/18/2025 | $ 15,000.00 |
| | **Address** 2801 Buford Highway suite 115 Atlanta, GA 30329 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

AMENDED

| Debtor | SCV Graphic Productions, Inc. | | Case number (if known) | 25-10613 |
|---|---|---|---|---|
| | Name | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | DTSM Concepts LLC - Andrew Gergis | Massivit Printer | 12/12/2024 | $ 30,000.00 |
| | **Address** | | | |
| | 406 Broadway Ste 225 | | | |
| | Santa Monica, CA 90401 | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| | Who received transfer? | | | |
|---|---|---|---|---|
| 13.2. | | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | | From _____ | To | _____ |
| 14.2. | | From _____ | To | _____ |

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401k | EIN: 0087-00834Y90 |

    Has the plan been terminated?

    ☑ No

    ☐ Yes

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* 25-10613 |
|---|---|---|
| | Name | |

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Valencia Travel Village<br>Name<br>27946 Henry Mayo Drive (Hwy 126)<br>Castaic, CA 91384 | Scott Niner | Trailer | ☐ No<br>☑ Yes |
| Address<br>Los Angeles, CA | | | |

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:**   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name | | EIN: _____<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name | | EIN: _____<br>Dates business existed<br>From _____ To _____ |

---

AMENDED

| Debtor | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Karissa Mckracken | From 01/01/2014 |
| Name | To 01/01/2024 |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Nathan Powell | From 01/01/2024 |
| Name | To 05/24/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Damon Simpson - Professional Tax Service | From _____ |
| Name | To _____ |
| 27451 Tourney road Suite 160 Valencia, Ca. 91355 | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Scott Niner | |
| Name | |
| 25561 Serena Drive, Valencia, Valencia, ca. 91355 | |

---

AMENDED

Debtor    SCV Graphic Productions, Inc.
_____
Name

Case number *(if known)* 25-10613
_____

---

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Damon Simpson - Professional Tax Service
_____
Name
27451 Tourney road Suite 160 Valencia, Ca. 91355

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    ENGS Equipment Finance
_____
Name
1 Pierce Place, Suite 1100 Itasca, IL 60143

| Name and address |
|---|

26d.2.    _____
Name

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

---

Debtor   SCV Graphic Productions, Inc.
         _____     Case number (if known) 25-10613
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____ Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Niner | 25561 Serena Drive, Valencia, CA 91355 | | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Andrea Niner Name 25561 Serena Drive Valencia, CA 91355 | 41,000.00 | _____ | Payroll |
| **Relationship to debtor** Wife of owner | | _____ | |

AMENDED

Debtor    SCV Graphic Productions, Inc.
_____
Name

Case number *(if known)*   25-10613
_____

| Name and address of recipient | 7,000.00 | _____ | Payroll |
| 30.2 | | | |
| Andrew Niner | | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| Son of owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| 401k | EIN: 0087-00834Y90 |

| **Part 14:** | **Signature and Declaration** |

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.**
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/29/2025
_____
MM  / DD  / YYYY

✘ _____      Printed name    Scott Niner
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Debtor Name | SCV Graphic Productions, Inc. | Case number *(if known)* | 25-10613 |
|---|---|---|---|

## Continuation Sheet for Official Form 207

**26a) Bookkeepers**

**Andrea Niner**          25561 Serena Drive,   01/01/2023
                         Valencia,
                         Valencia, ca. 91355

**Jim Niner**                                  01/01/2023

**Attachment for SOFA Part 2, Question 3 Certain payments, or transfers to creditors within 90 days before filing this case.**

| Date | Description | Amount | | Reason |
|---|---|---|---|---|
| 1/29/2025 | AGFA Corporation | $ | 714.31 | Services |
| 1/30/2025 | AGFA Corporation | $ | 527.37 | Services |
| 2/3/2025 | AGFA Corporation | $ | 1,913.42 | Services |
| 2/3/2025 | AGFA Corporation | $ | 714.31 | Services |
| 2/7/2025 | AGFA Corporation | $ | 714.31 | Services |
| 3/5/2025 | AGFA Corporation | $ | 3,660.93 | Services |
| 3/5/2025 | AGFA Corporation | $ | 270.90 | Services |
| 3/24/2025 | AGFA Corporation | $ | 714.31 | Services |
| 4/18/2025 | AGFA Corporation | $ | 2,833.66 | Services |
| 4/21/2025 | AGFA Corporation | $ | 1,073.45 | Services |
| 4/24/2025 | AGFA Corporation | $ | 1,052.40 | Services |
| 4/2/2025 | Beck Welding & Fabrication | $ | 7,250.00 | Suppliers or Vendors |
| 4/15/2025 | Beck Welding & Fabrication | $ | 4,000.00 | Suppliers or Vendors |
| 2/19/2025 | CA Department of Tax and Fee Administration | $ | 4,035.40 | Tax on all Real Property |
| 3/19/2025 | CA Department of Tax and Fee Administration | $ | 4,035.40 | Tax on all Real Property |
| 4/21/2025 | CA Department of Tax and Fee Administration | $ | 4,035.40 | Tax on all Real Property |
| 2/6/2025 | Creative Graphic Services | $ | 186.65 | Suppliers or Vendors |
| 2/10/2025 | Creative Graphic Services | $ | 204.00 | Suppliers or Vendors |
| 2/24/2025 | Creative Graphic Services | $ | 135.00 | Suppliers or Vendors |
| 2/26/2025 | Creative Graphic Services | $ | 150.00 | Suppliers or Vendors |
| 2/27/2025 | Creative Graphic Services | $ | 200.00 | Suppliers or Vendors |
| 2/28/2025 | Creative Graphic Services | $ | 566.00 | Suppliers or Vendors |
| 2/28/2025 | Creative Graphic Services | $ | 200.00 | Suppliers or Vendors |
| 3/7/2025 | Creative Graphic Services | $ | 35.00 | Suppliers or Vendors |
| 3/10/2025 | Creative Graphic Services | $ | 5,727.00 | Suppliers or Vendors |
| 3/10/2025 | Creative Graphic Services | $ | 220.00 | Suppliers or Vendors |
| 3/12/2025 | Creative Graphic Services | $ | 200.00 | Suppliers or Vendors |
| 3/14/2025 | Creative Graphic Services | $ | 285.00 | Suppliers or Vendors |
| 3/24/2025 | Creative Graphic Services | $ | 1,950.00 | Suppliers or Vendors |
| 3/26/2025 | Creative Graphic Services | $ | 1,456.00 | Suppliers or Vendors |
| 4/11/2025 | Creative Graphic Services | $ | 4,014.00 | Suppliers or Vendors |
| 4/22/2025 | Creative Graphic Services | $ | 90.00 | Suppliers or Vendors |
| 4/24/2025 | Creative Graphic Services | $ | 5,513.00 | Suppliers or Vendors |
| 2/5/2025 | Derouchey Foam | $ | 3,910.46 | Suppliers or Vendors |
| 2/19/2025 | Derouchey Foam | $ | 2,606.98 | Suppliers or Vendors |
| 3/6/2025 | Derouchey Foam | $ | 3,910.46 | Suppliers or Vendors |
| 3/14/2025 | Derouchey Foam | $ | 1,100.00 | Suppliers or Vendors |
| 3/18/2025 | Derouchey Foam | $ | 3,910.46 | Suppliers or Vendors |
| 3/20/2025 | Derouchey Foam | $ | 3,910.46 | Suppliers or Vendors |
| 4/16/2025 | Derouchey Foam | $ | 1,005.31 | Suppliers or Vendors |
| 3/26/2025 | Electronics For Imaging | $ | 1,067.85 | Suppliers or Vendors |
| 4/7/2025 | Electronics For Imaging | $ | 7,077.84 | Suppliers or Vendors |
| 4/25/2025 | Electronics For Imaging | $ | 2,286.00 | Suppliers or Vendors |
| 3/21/2025 | Georgia Department of Revenue | $ | 2,400.00 | Taxes |
| 3/26/2025 | Georgia Department of Revenue | $ | 1,636.70 | Taxes |
| 3/26/2025 | Georgia Department of Revenue | $ | 1,160.40 | Taxes |
| 4/21/2025 | Georgia Department of Revenue | $ | 2,400.00 | Taxes |
| 4/22/2025 | Georgia Department of Revenue | $ | 1,192.68 | Taxes |

| Date | Description | Amount | Reason |
|---|---|---|---|
| 1/29/2025 | Laird Plastic | $ 527.89 | Suppliers or Vendors |
| 1/29/2025 | Laird Plastic | $ 75.00 | Suppliers or Vendors |
| 1/29/2025 | Laird Plastic | $ 398.50 | Suppliers or Vendors |
| 1/30/2025 | Laird Plastic | $ 944.60 | Suppliers or Vendors |
| 2/7/2025 | Laird Plastic | $ 1,195.00 | Suppliers or Vendors |
| 2/7/2025 | Laird Plastic | $ 610.00 | Suppliers or Vendors |
| 2/11/2025 | Laird Plastic | $ 339.40 | Suppliers or Vendors |
| 2/12/2025 | Laird Plastic | $ 3,851.10 | Suppliers or Vendors |
| 3/5/2025 | Laird Plastic | $ 508.50 | Suppliers or Vendors |
| 3/6/2025 | Laird Plastic | $ 7,278.65 | Suppliers or Vendors |
| 3/7/2025 | Laird Plastic | $ 402.00 | Suppliers or Vendors |
| 3/20/2025 | Laird Plastic | $ 912.00 | Suppliers or Vendors |
| 3/20/2025 | Laird Plastic | $ 271.00 | Suppliers or Vendors |
| 3/28/2025 | Laird Plastic | $ 2,401.00 | Suppliers or Vendors |
| 4/1/2025 | Laird Plastic | $ 603.10 | Suppliers or Vendors |
| 4/9/2025 | Laird Plastic | $ 1,835.35 | Suppliers or Vendors |
| 4/14/2025 | Laird Plastic | $ 472.00 | Suppliers or Vendors |
| 4/16/2025 | Laird Plastic | $ 980.00 | Suppliers or Vendors |
| 4/17/2025 | Laird Plastic | $ 195.00 | Suppliers or Vendors |
| 4/25/2025 | Laird Plastic | $ 2,026.15 | Suppliers or Vendors |
| 3/27/2025 | Mitsubishi HC Capital | $ 29,300.54 | Vehicles |
| 4/11/2025 | Mitsubishi HC Capital | $ 8,906.16 | Vehicles |
| 2/3/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 2/3/2025 | Montroy Supply, Co. | $ 1,439.37 | Suppliers or Vendors |
| 2/7/2025 | Montroy Supply, Co. | $ 780.30 | Suppliers or Vendors |
| 2/7/2025 | Montroy Supply, Co. | $ 2,299.42 | Suppliers or Vendors |
| 2/10/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 2/12/2025 | Montroy Supply, Co. | $ 750.86 | Suppliers or Vendors |
| 2/18/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 2/18/2025 | Montroy Supply, Co. | $ 666.03 | Suppliers or Vendors |
| 2/21/2025 | Montroy Supply, Co. | $ 1,991.52 | Suppliers or Vendors |
| 2/24/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 2/28/2025 | Montroy Supply, Co. | $ 100.74 | Suppliers or Vendors |
| 3/3/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 3/6/2025 | Montroy Supply, Co. | $ 2,878.74 | Suppliers or Vendors |
| 3/7/2025 | Montroy Supply, Co. | $ 482.50 | Suppliers or Vendors |
| 3/10/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 3/12/2025 | Montroy Supply, Co. | $ 1,118.16 | Suppliers or Vendors |
| 3/14/2025 | Montroy Supply, Co. | $ 133.49 | Suppliers or Vendors |
| 3/17/2025 | Montroy Supply, Co. | $ 1,334.97 | Suppliers or Vendors |
| 3/17/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 3/24/2025 | Montroy Supply, Co. | $ 66.53 | Suppliers or Vendors |
| 3/24/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 3/26/2025 | Montroy Supply, Co. | $ 665.24 | Suppliers or Vendors |
| 3/26/2025 | Montroy Supply, Co. | $ 183.36 | Suppliers or Vendors |
| 3/28/2025 | Montroy Supply, Co. | $ 393.76 | Suppliers or Vendors |
| 3/31/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 4/2/2025 | Montroy Supply, Co. | $ 843.90 | Suppliers or Vendors |

| Date | Description | Amount | Reason |
|---|---|---|---|
| 4/7/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 4/14/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 4/21/2025 | Montroy Supply, Co. | $ 500.00 | Suppliers or Vendors |
| 4/25/2025 | Montroy Supply, Co. | $ 2,648.84 | Suppliers or Vendors |
| 1/28/2025 | Ronald Niner | $ 14,775.00 | Monies Loaned/Advanced |
| 1/29/2025 | Ronald Niner | $ 15,000.00 | Monies Loaned/Advanced |
| 1/30/2025 | Ronald Niner | $ 15,000.00 | Monies Loaned/Advanced |
| 3/14/2025 | Ronald Niner | $ 62,000.00 | Monies Loaned/Advanced |

**Attachment for SOFA Part 2, Question 4 Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| SOFA Part 2, Question 4 - Transfers to Scott Niner | | | |
|---|---|---|---|
| **Date** | **Description** | **Amount** | **Reason** |
| 4/24/2025 | Scott Niner | $ 1,200.00 | Loan repayment |
| 4/17/2025 | Scott Niner | $ 500.00 | Loan repayment |
| 4/16/2025 | Scott Niner | $ 100.00 | Loan repayment |
| 4/15/2025 | Scott Niner | $ 500.00 | Loan repayment |
| 4/14/2025 | Scott Niner | $ 100.00 | Loan repayment |
| 4/14/2025 | Scott Niner | $ 100.00 | Loan repayment |
| 3/27/2025 | Scott Niner | $ 120.00 | Loan repayment |
| 3/26/2025 | Scott Niner | $ 200.00 | Loan repayment |
| 3/25/2025 | Scott Niner | $ 600.00 | Loan repayment |
| 3/25/2025 | Scott Niner | $ 800.00 | Loan repayment |
| 3/14/2025 | Scott Niner | $ 62,000.00 | Loan repayment |
| 3/13/2025 | Scott Niner | $ 482.75 | Loan repayment |
| 3/7/2025 | Scott Niner | $ 1,431.52 | Loan repayment |
| 3/6/2025 | Scott Niner | $ 1,000.00 | Loan repayment |
| 3/5/2025 | Scott Niner | $ 1,000.00 | Loan repayment |
| 3/3/2025 | Scott Niner | $ 3,600.00 | Loan repayment |
| 2/24/2025 | Scott Niner | $ 3,500.00 | Loan repayment |
| 1/30/2025 | Scott Niner | $ 200.00 | Loan repayment |
| 1/30/2025 | Scott Niner | $ 300.00 | Loan repayment |
| 1/28/2025 | Scott Niner | $ 200.00 | Loan repayment |
| 1/16/2025 | Scott Niner | $ 35.00 | Loan repayment |
| 1/15/2025 | Scott Niner | $ 290.00 | Loan repayment |
| 12/30/2024 | Scott Niner | $ 200.00 | Loan repayment |
| 12/30/2024 | Scott Niner | $ 175.00 | Loan repayment |
| 12/10/2024 | Scott Niner | $ 1,200.00 | Loan repayment |
| 12/6/2024 | Scott Niner | $ 15,000.00 | Loan repayment |
| 11/13/2024 | Scott Niner | $ 400.00 | Loan repayment |
| 11/13/2024 | Scott Niner | $ 600.00 | Loan repayment |
| 11/13/2024 | Scott Niner | $ 700.00 | Loan repayment |
| 11/13/2024 | Scott Niner | $ 1,300.00 | Loan repayment |
| 11/13/2024 | Scott Niner | $ 200.00 | Loan repayment |
| 11/13/2024 | Scott Niner | $ 8,200.00 | Loan repayment |
| 11/12/2024 | Scott Niner | $ 2,880.00 | Loan repayment |
| 11/1/2024 | Scott Niner | $ 65.00 | Loan repayment |
| 11/1/2024 | Scott Niner | $ 35.00 | Loan repayment |
| 10/21/2024 | Scott Niner | $ 10,000.00 | Loan repayment |
| 9/13/2024 | Scott Niner | $ 2,000.00 | Loan repayment |
| 9/12/2024 | Scott Niner | $ 2,000.00 | Loan repayment |
| 8/8/2024 | Scott Niner | $ 2,500.00 | Loan repayment |
| 8/6/2024 | Scott Niner | $ 10,000.00 | Loan repayment |
| 7/18/2024 | Scott Niner | $ 70,000.00 | Loan repayment |
| 7/17/2024 | Scott Niner | $ 100,000.00 | Loan repayment |
| 7/2/2024 | Scott Niner | $ 25,000.00 | Loan repayment |
| 7/1/2024 | Scott Niner | $ 25,000.00 | Loan repayment |
| 6/27/2024 | Scott Niner | $ 25,000.00 | Loan repayment |
| **Total** | | **$ 380,714.27** | |

| SOFA Part 2, Question 4 – Transfers to Andrea Niner | | | |
|---|---|---|---|
| **Date** | **Description** | **Amount** | **Reason** |
| 4/14/2025 | Andrea Niner | $     50.00 | Reimbursement |
| 2/18/2025 | Andrea Niner | $     12.00 | Reimbursement |
| 1/28/2025 | Andrea Niner | $   120.00 | Reimbursement |
| 10/18/2024 | Andrea Niner | $   200.00 | Reimbursement |
| 9/3/2024 | Andrea Niner | $   120.00 | Reimbursement |
| 6/10/2024 | Andrea Niner | $     30.00 | Reimbursement |
| **Total** | | **$   532.00** | |

| SOFA Part 2, Question 4 – Transfers to Ronald Niner | | | |
|---|---|---|---|
| **Date** | **Description** | **Amount** | **Reason** |
| 3/14/2025 | Ronald Niner | $   62,000.00 | Loan repayment |
| 1/30/2025 | Ronald Niner | $   15,000.00 | Loan repayment |
| 1/29/2025 | Ronald Niner | $   15,000.00 | Loan repayment |
| 1/28/2025 | Ronald Niner | $   14,775.00 | Loan repayment |
| 12/13/2024 | Ronald Niner | $     4,000.00 | Loan repayment |
| 12/6/2024 | Ronald Niner | $   15,000.00 | Loan repayment |
| 10/21/2024 | Ronald Niner | $   10,000.00 | Loan repayment |
| 6/27/2024 | Ronald Niner | $   25,000.00 | Loan repayment |
| **Total** | | **$   160,775.00** | |

AMENDED

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Georgia

**In re** SCV Graphic Productions, Inc.

Case No. 25-10613

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 30,000.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 465.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

AMENDED

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Example of the legal services to be included in the Attorney Fee Disclosure

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Example of the services listed in the Attorney Fee Disclosure that are not included

AMENDED

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/29/2025
_____

*Date*

_____

*Signature of Attorney*

Keck Legal, LLC
_____

*Name of law firm*
2801 Buford Highway NE
Suite 115
Atlanta, GA 30329

# Dangling Carrot - Draft amended schedules 5.29.25

Final Audit Report                                                2025-05-30

| | |
|---|---|
| Created: | 2025-05-30 |
| By: | Benjamin Keck (bkeck@kecklegal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADNFcQISo865ikamA7UC2oNzAFIDsQW8m |

## "Dangling Carrot - Draft amended schedules 5.29.25" History

📄 Document created by Benjamin Keck (bkeck@kecklegal.com)
2025-05-30 - 3:23:20 AM GMT

✉ Document emailed to Scott Niner (scottniner@me.com) for signature
2025-05-30 - 3:23:27 AM GMT

📄 Email viewed by Scott Niner (scottniner@me.com)
2025-05-30 - 5:01:44 AM GMT

✍ Document e-signed by Scott Niner (scottniner@me.com)
Signature Date: 2025-05-30 - 5:09:37 AM GMT - Time Source: server

✅ Agreement completed.
2025-05-30 - 5:09:37 AM GMT

Adobe Acrobat Sign