**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| In Re:<br><br>**SCV GRAPHIC PRODUCTIONS, INC.,**<br><br>Debtor. | **CASE NO. 25-10613-PMB**<br><br>**CHAPTER 11** |

**NOTICE OF AMENDED CASH COLLATERAL BUDGET**

The Debtor hereby files this Notice of Amended Cash Collateral Budget, a copy of which is attached hereto as **Exhibit 1** (the "**Amended Budget**"). The Debtor previously filed a Motion for Authority to Use Cash Collateral [Doc. 8] (the "**Cash Collateral Motion**"), which included a budget as Exhibit A thereto and filed a Supplement to the Cash Collateral Motion on May 1, 2025 [Doc. 19].

PLEASE TAKE NOTICE that the Cash Collateral Motion is hereby supplemented with the Budget attached hereto as **Exhibit 1**.

Dated: June 23, 2025

Respectfully submitted,

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for the Debtor***

*EXHIBIT 1*

| SCV Creative Productions, Inc./Dangling Carrot Creative Monthly Budget 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month: | June | July | August | September | October | November | December |
| | | | | | | | |
| Beginning Cash: | $ 27,300.00 | $ 80,300.00 | $ 82,300.00 | $ 70,600.00 | $ 57,600.00 | $ 67,600.00 | $ 84,600.00 |
| | | | | | | | |
| Client sales (Atlanta/Los Angeles) | $ 350,000.00 | $ 370,000.00 | $ 340,000.00 | $ 300,000.00 | $ 360,000.00 | $ 360,000.00 | $ 290,000.00 |
| | | | | | | | |
| Total Inflows: | $ 350,000.00 | $ 370,000.00 | $ 340,000.00 | $ 300,000.00 | $ 360,000.00 | $ 360,000.00 | $ 290,000.00 |
| | | | | | | | |
| Expenditures: | | | | | | | |
| Payroll, Taxes, and Benefits | $ 140,000.00 | $ 165,000.00 | $ 150,000.00 | $ 130,000.00 | $ 150,000.00 | $ 145,000.00 | $ 120,000.00 |
| Services | $ 11,500.00 | $ 12,000.00 | $ 8,000.00 | $ 5,000.00 | $ 8,000.00 | $ 6,000.00 | $ 2,000.00 |
| Contributions | $ 8,000.00 | $ 9,500.00 | $ 8,200.00 | $ 6,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 |
| Rent & Lease (Los Angeles/Atlanta total) | $ 64,000.00 | $ 64,000.00 | $ 64,000.00 | $ 64,000.00 | $ 64,000.00 | $ 64,000.00 | $ 64,000.00 |
| Equipment Payments | $5,000.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 |
| Equipment Maintenance / Service Contracts | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 |
| Vehicle finance payments | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 |
| Sales & Use Tax - Misc. Tax | $ 19,000.00 | $ 19,000.00 | $ 27,000.00 | $ 19,000.00 | $ 26,000.00 | $ 26,000.00 | $ 22,000.00 |
| COGS - Materials/Ink Acquisition for jobs (Average) | $ 9,000.00 | $ 13,000.00 | $ 9,000.00 | $ 5,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| Insurance & Workers Comp | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 11,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| Utilities - Electric/Gas/Water/Telephone | $ 7,000.00 | $ 10,500.00 | $ 11,000.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 |
| Meals / Client Engagement / Marketing | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Fuel / Travel | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Celaning, Facilities, Trash Services, Other Misc Expenses | $ 3,700.00 | $ 3,700.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 |
| Office Supply / Operational Expenses / Quickbooks | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| Facilities Maintenance | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attorney's / CPA Fees | $0.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Trustee Fees | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| | | | | | | | |
| **Total Outflows:** | $ 297,000.00 | $ 368,000.00 | $ 351,700.00 | $ 313,000.00 | $ 350,000.00 | $ 343,000.00 | $ 310,000.00 |
| | | | | | | | |
| **Ending Cash:** | $ 80,300.00 | $ 82,300.00 | $ 70,600.00 | $ 57,600.00 | $ 67,600.00 | $ 84,600.00 | $ 64,600.00 |