**IN UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SCV GRAPHIC PRODUCTIONS, INC.,<br><br>Debtor. | CASE NO. 25-53640-PMB<br><br>CHAPTER 11<br><br>JUDGE BAISIER |

**NOTICE OF APPEARANCE OF COUNSEL BY ASHLEY D. CHAMPION**

Ashley D. Champion of the law firm Polsinelli PC hereby enters her appearance as counsel of record for creditor Crenshaw 3840 Partners, LLC. Ms. Champion may be contacted as follows:

Ashley D. Champion
One Atlantic Center, #1100
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
T: (404) 253-6000
achampion@polsinelli.com

All future filings, notices, and correspondence relating to this matter should be directed to Ms. Champion as indicated above.

Respectfully submitted, this 2nd day of July 2025.

*/s/ Ashley D. Champion*
Ashley D. Champion (GA Bar No. 423962)
One Atlantic Center, #1100
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
(404) 253-6000
*achampion@polsinelli.com*

**Counsel for Crenshaw 3840 Partners, LLC**

133606\851559\104526359.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 2nd day of July, 2025, I electronically filed the foregoing *Notice of Appearance of Counsel by Ashley D. Champion* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | | |
|---|---|---|
| **Jonathan S. Adams** | **Jonathan D Clements** | **Stephen P. Drobny** |
| jonathan.s.adams@usdoj.gov | **Benjamin R Keck** | sdrobny@joneswalker.com |
| Office of the U.S. Trustee | jclements@kecklegal.com | Counsel for Mitsubishi HC |
| | bkeck@kecklegal.com | Capital America, Inc. |
| | Counsel for the Debtor | |
| **Lee Bynum Perkins** | **Kelly E. Waits** | |
| law@leeperkins.com | kwaits@burr.com | |
| Counsel for Paint Unlimited, Inc. | Counsel for Banc of America Leasing & Capital LLC | |

  I further certify that on this day I caused a copy of this document to be served via first class mail on the following parties at the address shown for each:

SCV Graphic Productions, Inc.
*dba* Dangling Carrot Creative
27520 Avenue Mentry
Valencia, CA 91355

  Dated: July 2, 2025    */s/ Ashley D. Champion*
                Ashley D. Champion
                Georgia Bar No. 423962

                *Counsel for Crenshaw 3840 Partners, LLC*

133606\851559\104526359.1