# IN UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SCV GRAPHIC PRODUCTIONS, INC.,<br><br>Debtor. | CASE NO. 25-53640-PMB<br><br>CHAPTER 11<br><br>JUDGE BAISIER |

## NOTICE OF APPEARANCE OF COUNSEL BY DAVID E. GORDON

David E. Gordon of the law firm Polsinelli PC hereby enters her appearance as counsel of record for creditor Crenshaw 3840 Partners, LLC.  Mr. Gordon may be contacted as follows:

David E. Gordon
One Atlantic Center, #1100
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
T: (404) 253-6000
dgordon@polsinelli.com

All future filings, notices, and correspondence relating to this matter should be directed to Mr. Gordon as indicated above.

Respectfully submitted, this 2nd day of July 2025.

*/s/ David E. Gordon*
David E. Gordon (GA Bar No. 111877)
One Atlantic Center, #1100
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
(404) 253-6000
*dgordon@polsinelli.com*

**Counsel for Crenshaw 3840 Partners, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of July, 2025, I electronically filed the foregoing *Notice of Appearance of Counsel by David E. Gordon* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | | |
|---|---|---|
| **Jonathan S. Adams** | **Jonathan D Clements** | **Stephen P. Drobny** |
| jonathan.s.adams@usdoj.gov | **Benjamin R Keck** | sdrobny@joneswalker.com |
| Office of the U.S. Trustee | jclements@kecklegal.com | Counsel for Mitsubishi HC |
| | bkeck@kecklegal.com | Capital America, Inc. |
| | Counsel for the Debtor | |
| | | |
| **Lee Bynum Perkins** | **Kelly E. Waits** | |
| law@leeperkins.com | kwaits@burr.com | |
| Counsel for Paint Unlimited, Inc. | Counsel for Banc of America Leasing & Capital LLC | |

      I further certify that on this day I caused a copy of this document to be served via first class mail on the following parties at the address shown for each:

SCV Graphic Productions, Inc.
*dba* Dangling Carrot Creative
27520 Avenue Mentry
Valencia, CA 91355

      Dated: July 2, 2025         */s/ David E. Gordon*
                                            David E. Gordon
                                            Georgia Bar No. 111877

                                            *Counsel for Crenshaw 3840 Partners, LLC*

133606\851559\104526373.1