**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| In re: | Case No. 25-10613-PMB |
| **SCV GRAPHIC PRODUCTIONS, INC.,** | **Chapter 11** |
| Debtor. | |

## NOTICE OF SUPPLEMENT TO CASH COLLATERAL MOTION

The Debtor hereby files this notice of filing of this supplement to the Debtor's *Emergency Motion for Authority to Use Cash Collateral* [Doc. 8] (the "**Cash Collateral Motion**"). In the Cash Collateral Motion, the Debtor indicated that the budget would be attached as Exhibit "A"

**PLEASE TAKE NOTICE** that the Cash Collateral Motion is hereby amended and supplemented with the Budget attached hereto as **Exhibit A.**

Dated: August 26, 2025

Respectfully submitted,

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway NE, Suite 115
Atlanta, Georgia 30329
(470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
*Proposed Counsel for Debtor*

**Exhibit "A"**

| Month | August | September | October | November | December | January |
|---|---|---|---|---|---|---|
| **SCV Graphic Productions, Inc. 6 Month Projected Budget** | | | | | | |
| Beginning Cash | $ 28,691.70 | $ 62,666.70 | $ 106,971.70 | $ 180,276.70 | $ 10,037.70 | $ 6,444.70 |
| Inflows (Atlanta & Los Angeles) | $ 343,715.00 | $ 552,630.00 | $ 382,630.00 | $ 385,000.00 | $ 400,000.00 | $ 400,000.00 |
| **Total Inflows** | *$ 340,000.00* | *$ 552,630.00* | *$ 382,630.00* | *$ 391,315.00* | *$ 400,000.00* | *$ 400,000.00* |
| **Expenditures:** | | | | | | |
| Payroll, Taxes, and Benefits | $ 108,325.00 | $ 108,325.00 | $ 108,325.00 | $ 129,000.00 | $ 151,000.00 | $ 151,000.00 |
| Subcontractors/Outside Services | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 3,000.00 | $ 2,000.00 | $ 2,000.00 |
| MPIPH Union Benefits Contributions | $ 8,200.00 | $ 6,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 |
| Rent & Lease (Atlanta & Los Angeles) | $ 74,000.00 | $ 272,000.00 | $ 74,000.00 | $ 310,154.00 | $ 131,063.00 | $ 74,000.00 |
| Equipment Payments | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 |
| Equipment Maintenance / Service Contracts | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 |
| Vehicle lease payments | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 |
| Sales & Use Tax - Misc. Tax | $ 19,000.00 | $ 27,000.00 | $ 26,000.00 | $ 26,000.00 | $ 22,000.00 | $ 22,000.00 |
| COGS - Materials/Ink | $ 9,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 9,000.00 | $ 5,000.00 |
| Insurance & Workers Comp | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 12,500.00 |
| Utilities - Electric/Gas/Water/Telephone | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 |
| Meals / Client Engagement / Marketing | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Fuel / Travel | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cleaning, Facilities, Trash Services, Other Misc Expenses | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 |
| Office Supply / Operational Expenses / Quickbooks | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| Facilities Maintenance | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| Attorney's / CPA Fees | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| US Trustee Fees | $ 3,000.00 | $ 5,000.00 | $ 3,000.00 | $ 3,400.00 | $ 3,530.00 | $ 3,530.00 |
| **Total Outflows** | *$ 306,025.00* | *$ 508,325.00* | *$ 309,325.00* | *$ 561,554.00* | *$ 403,593.00* | *$ 349,530.00* |
| **Ending Cash** | $ 62,666.70 | $ 106,971.70 | $ 180,276.70 | $ 10,037.70 | $ 6,444.70 | $ 56,914.70 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I filed the forgoing document via the Court's CM/ECF system, which generates an electronic service copy thereof to all parties registered to receive notices thereby.

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, GA. Bar No. 130051
2801 Buford Highway NE, Suite 115
Atlanta, Georgia 30329
(470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
*Proposed Counsel for Debtor*