**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 25-10613-PMB** |
| **SCV GRAPHIC PRODUCTIONS, INC.** | **CHAPTER 11** |
| Debtor. | |

**NOTICE OF AMENDED CASH COLLATERAL BUDGET**

The Debtor hereby files this Notice of Amended Cash Collateral Budget, a copy of which is attached hereto as **Exhibit 1** (the "**Amended Budget**"). The Debtor previously filed a Motion for Authority to Use Cash Collateral [Doc. 8] (the "**Cash Collateral Motion**"), which included a budget as Exhibit A thereto. The amended budget attached hereto takes into account significant progress the Debtor has made in reducing overhead. Specifically, Debtor has begun the process of relocating to another space for its California operation with significantly lower rent cost and Debtor ascertained an error in insurance charges which will result in a credit applied towards the monthly premium until the end of 2025.

PLEASE TAKE NOTICE that the Cash Collateral Motion is hereby supplemented with the Budget attached hereto as **Exhibit 1**.

Dated: September 19, 2025              Respectfully submitted,

                                                                 **KECK LEGAL, LLC**

                                                                 */s/ Jonathan Clements*
                                                                 Benjamin R. Keck, Ga. Bar No. 943504
                                                                 Jonathan Clements, Ga. Bar No. 130051
                                                                 2801 Buford Highway, Suite 115
                                                                Atlanta, GA 30329
                                                                Tel. (470) 826-6020
                                                                bkeck@kecklegal.com
                                                                jclements@kecklegal.com

**Exhibit 1**

| SCV Graphic Productions, Inc. 6 Month Projected Budget | | | | | | |
|---|---|---|---|---|---|---|
| **Month** | **September** | **October** | **November** | **December** | **January** | **January** |
| Beginning Cash | $ 43,568.00 | $ 51,724.00 | $ 37,880.00 | $ 21,036.00 | $ 21,036.00 | $ 25,192.00 |
| Inflows (Atlanta & Los Angeles) | $ 300,000.00 | $ 300,000.00 | $ 260,000.00 | $ 260,000.00 | $ 300,000.00 | $ 300,000.00 |
| **Total Inflows** | **$ 300,000.00** | **$ 300,000.00** | **$ 260,000.00** | **$ 260,000.00** | **$ 300,000.00** | **$ 300,000.00** |
| **Expenditures:** | | | | | | |
| Payroll, Taxes, and Benefits | $ 108,325.00 | $ 108,325.00 | $ 108,325.00 | $ 108,325.00 | $ 108,325.00 | $ 108,325.00 |
| Subcontractors/Outside Services | $ 18,000.00 | $ 18,000.00 | $ 10,000.00 | $ 10,000.00 | $ 18,000.00 | $ 18,000.00 |
| MPIPH Union Benefits Contributions | $ 6,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 |
| Rent & Lease (Atlanta & Los Angeles) | $ 43,000.00 | $ 43,000.00 | $ 43,000.00 | $ 43,000.00 | $ 43,000.00 | $ 43,000.00 |
| Moving expenses (Los Angeles) | $ - | $ 25,000.00 | $ - | $ - | $ - | $ - |
| Equipment Payments | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 |
| Equipment Maintenance / Service Contracts | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 |
| Vehicle lease payments | $ 8,819.00 | $ 8,819.00 | $ 8,819.00 | $ 8,819.00 | $ 8,819.00 | $ 8,819.00 |
| Sales & Use Tax - Misc. Tax | $ 27,000.00 | $ 26,000.00 | $ 22,000.00 | $ 22,000.00 | $ 26,000.00 | $ 26,000.00 |
| COGS - Materials/Ink | $ 9,000.00 | $ 5,000.00 | $ 5,000.00 | $ 9,000.00 | $ 5,000.00 | $ 5,000.00 |
| Insurance & Workers Comp | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 12,500.00 | $ 12,500.00 |
| Utilities - Electric/Gas/Water/Telephone | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 |
| Meals / Client Engagement / Marketing | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Fuel / Travel | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cleaning, Facilities, Trash Services, Other Misc Expenses | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 |
| Office Supply / Operational Expenses / Quickbooks | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| Facilities Maintenance | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| Attorney's / CPA Fees | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| US Trustee Fees | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| **Total Outflows** | **$ 291,844.00** | **$ 313,844.00** | **$ 276,844.00** | **$ 280,844.00** | **295,844.00** | **$ 295,844.00** |
| **Ending Cash** | **$ 51,724.00** | **37,880.00** | **21,036.00** | **192.00** | **$ 25,192.00** | **$ 29,348.00** |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading was filed using the Court's CM/ECF system, which generates an electronic service copy thereof to all parties registered to receive notices thereby.

Dated: September 19, 2025　　　　　　　　Respectfully Submitted,


**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for the Debtor***

~ 3 ~