**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | BANKRUPTCY NO. 25-10613-pmb |
| SCV GRAPHIC PRODUCTIONS, INC. | |
| Debtor, | CHAPTER 11 |
| Mitsubishi HC Capital America, Inc., | |
| Movant, | |
| v. | **CONTESTED MATTER** |
| SCV Graphic Productions, Inc. (Debtor), Respondent(s). | |

**MOTION TO ENFORCE AGREED ORDER GRANTING ADEQUATE PROTECTION**

Mitsubishi HC Capital America, Inc. ("Movant"), by undersigned counsel, files this motion to enforce agreed order granting adequate protection and for other relief, and would show the Court as follows:

1. On June 2, 2025, Movant filed its Motion for Relief from Automatic Stay ("Stay Relief Motion") [D.E. 45].

2. After an interim order [D.E. 53], the Stay Relief Motion was resolved by an Agreed Order Granting Further Adequate Protection ("Adequate Protection Order") [D.E. 17] entered by the Court on July 16, 2025.

3. The Adequate Protection Order provides, in relevant part, that: "Debtor agrees to, on or before July 27, 2025 and on the 27th day of each month thereafter until a chapter 11 plan is confirmed or this case is dismissed, make adequate protection payments to Creditor in the amount of $5,000 per month …" Adequate Protection Order, ¶ 1.

{M0981565.1}
#110027201v1

4. The Debtor failed to tender the adequate protection payment due on August 27, 2025.[1]

5. The Debtor also failed to tender the adequate protection payment due on September 27, 2025.

6. As of the date and time of filing this motion, the delinquent adequate protection payments have yet to be tendered.

7. The undersigned certifies that he made a good-faith effort to resolve these issues without court intervention before filing this motion.

WHEREFORE, Movant respectfully requests that the Court enter an compelling the Debtor to tender the delinquent adequate protection payments, or, in the alternative, holding the Debtor in contempt for its failure to comply with the Adequate Protection Order and affording such sanctions and/or remedies as may be appropriate, or, in the alternative, granting Movant relief from the automatic stay to exercise its *in rem* rights and remedies against its collateral with a waiver of the fourteen-day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3).

Respectfully submitted,

Mitsubishi HC Capital America, Inc.

By Its Attorneys,
JONES WALKER LLP

*/s/ Stephen P. Drobny*
Stephen P. Drobny
Georgia Bar No. 430447
JONES WALKER LLP
Suite 1400
3455 Peachtree Rd NE
Atlanta, GA  30326
Telephone  (404) 870-7500
Telecopy  (404) 870-7501
Email  sdrobny@joneswalker.com

---

[1] The July 27, 2025 adequate protection payment was tendered late.

2

#110027201v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Relief from Automatic Stay has been served by ECF or first-class mail on this 2nd day of October, 2025 to the parties listed below:

SCV Graphic Productions, Inc.
27520 Avenue Mentry
Valencia, CA 91355

Jonathan S. Adams on behalf of U.S. Trustee United States Trustee
jonathan.s.adams@usdoj.gov

Jonathan D Clements on behalf of Debtor SCV Graphic Productions, Inc.
jclements@kecklegal.com

Stephen P. Drobny on behalf of Creditor Mitsubishi HC Capital America, Inc.
sdrobny@joneswalker.com, nkatsaras@joneswalker.com;miamiservice@joneswalker.com

Benjamin R Keck on behalf of Debtor SCV Graphic Productions, Inc.
bkeck@kecklegal.com,
2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Lee Bynum Perkins on behalf of Creditor Paint Unlimited, Inc.
law@leeperkins.com

Kelly E. Waits on behalf of Creditor Banc of America Leasing & Capital LLC
kwaits@burr.com, ngolay@burr.com

*/s/ Stephen P. Drobny*
Stephen P. Drobny
Georgia Bar No. 430447
JONES WALKER LLP
Suite 1400
3455 Peachtree Rd NE
Atlanta, GA  30326
Telephone  (404) 870-7500
Telecopy  (404) 870-7501
Email  sdrobny@joneswalker.com

#110027201v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

IN THE MATTER OF:                                                                             BANKRUPTCY NO. 25-10613-pmb

SCV GRAPHIC PRODUCTIONS, INC.

    Debtor,                                                                                                  CHAPTER 11


Mitsubishi HC Capital
America, Inc.,

    Movant,

v.                                                                                                                       **CONTESTED MATTER**

SCV Graphic Productions, Inc. (Debtor),
    Respondent(s).

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that MITSUBISHI HC CAPITAL AMERICA, INC. has filed a Motion to Enforce Agreed Order Granting Adequate Protection (the "Motion") and related papers with the Court seeking an order enforcing the Court's prior adequate protection order, or, in the alternative, holding the debtor in contempt of court and imposing sanctions, or, in the alternative, affording Movant relief from stay to exercise its in rem rights and remedies against its collateral.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion to Enforce Agreed Order Granting Adequate Protection on November 12, 2025, at 10:00 A.M., Lewis B. Morgan Federal Building & U.S. Courthouse, 18 Greenville Street, 2nd Floor, Newnan, GA 30263,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.

The address of the Clerk's Office is the following: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

*If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the Court orders otherwise.*

Dated: October 2, 2025                                Respectfully submitted,


                                                      Mitsubishi HC Capital America, Inc.

                                                      By Its Attorneys,
                                                      JONES WALKER LLP

                                                      */s/ Stephen P. Drobny*
                                                      Stephen P. Drobny
                                                      Georgia Bar No. 430447
                                                      JONES WALKER LLP
                                                      Suite 1400
                                                      3455 Peachtree Rd NE
                                                      Atlanta, GA  30326
                                                      Telephone  (404) 870-7500
                                                      Telecopy  (404) 870-7501
                                                      Email  sdrobny@joneswalker.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2025, I mailed and electronically filed the foregoing Notice of Hearing using the Bankruptcy Court's Electronic Case Filing Program, which sends a notice of this document and an accompanying link to this document to the following parties, who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

SCV Graphic Productions, Inc.
27520 Avenue Mentry
Valencia, CA 91355

Lexington - A Nassal Company
12660 Branford Street
Pacoima, CA, 91331

#110028811v1

Trilith Studios
P.O. Box 96427
Lockbox Acct: Trilith PropCo, LLC
Charlotte, NC, 28296-0427

Crenshaw 3840 Partners, LLC
800 West 6th Street Suite 600
Los Angeles, CA, 90017

CA Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA, 94279

Monster City
411 S West Ave
Fresno, CA, 93706

RevChem Composites
PO Box 333
Bloomington, CA, 92316

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA, 30345

Southern California Edison
PO Box 300
Rosemead, CA, 91772-0001

Paint Unlimited
6066 Sandy Springs Circle
Atlanta, GA, 30328

AGFA Corporation
P.O. Box 7247-6207
Philadelphia, PA, 19170-6207

360 Creative Solutions Group, LLC
3939 Royal Drive NW
Suite 125
Kennesaw, GA, 30144

North American Composites Company
PO Box 848149
Los Angeles, CA, 90084-8149

3

HP Inc.
P.O. Box 742881
Los Angeles, CA, 90074-2881

Burrtec Waste Industries, Inc.
PO Box 512403
Los Angeles, CA, 90051-0403

Nusign Supply
1933 West Mission Blvd
Pomona, CA, 91766

Electronics For Imaging
PO Box 742366
Los Angeles, CA, 90074-2366

Derouchey Foam
11035 Sutter Ave
Pacoima, CA, 91331

Piedmont Plastics
PO Box 845649
Los Angeles, CA, 90084-5649

AGFA Corporation
PO Box 2123
Carol Stream, IL, 60132-213

Athens Paper
P.O. Box 291329
Nashville, TN, 37229-1329

SCV Graphic Productions, Inc.
27520 Avenue Mentry
Valencia, CA 91355

*/s/ Stephen P. Drobny*
Stephen P. Drobny
Georgia Bar No. 430447
JONES WALKER LLP
Suite 1400
3455 Peachtree Rd NE
Atlanta, GA  30326
Telephone  (404) 870-7500
Telecopy  (404) 870-7501
Email  sdrobny@joneswalker.com

4

#110028811v1