**UNITED STATES BANKRUPTCY COURT**
**THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

IN RE:                                                                 Case No. 25-10613-pmb

SCV GRAPHIC PRODUCTIONS, INC.                      CHAPTER 11

Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby enters their appearance on behalf of **WELLS FARGO BANK, NATIONAL ASSOCIATION**, a creditor and interested party, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), requests that the following be added to the Court's master mailing list:

C. Brent Wardrop
Quintairos, Prieto, Wood & Boyer, P.A.
365 Northridge Rd., Suite 230
Atlanta, GA 30350
770-650-8737
brent.wardrop@qpwblaw.com

Dated: October 15, 2025

                                               Respectfully submitted,

                                               */s/ C. Brent Wardrop*
                                               C. Brent Wardrop
                                               Georgia Bar Number 553733
                                               Quintairos, Prieto, Wood & Boyer, LLP
                                               365 Northridge Rd., Suite 230

Atlanta, GA 30350
Phone: 770-650-8737
Fax: 770-650-8797
brent.wardrop@qpwblaw.com

# CERTIFICATE OF SERVICE

I certify that I have caused to be served a copy of the foregoing Notice of Appearance and Request for Notice, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: October 15, 2025

Respectfully submitted,

/s/ C. Brent Wardrop
C. Brent Wardrop
Georgia Bar Number 553733

By CM/ECF Receipt:

SCV Graphic Productions, Inc.
27520 Avenue Mentry
Valencia, CA 91355

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Benjamin R Keck
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303