UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SCV GRAPHIC PRODUCTIONS, INC., | : | CASE NO. 25-10613-PMB |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| | : | |
| GUY A. VAN BAALEN, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SCV GRAPHIC PRODUCTIONS, INC. | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS OR CONVERT CASE**

**PLEASE TAKE NOTICE** that the Acting United States Trustee has filed a motion requesting that the above-referenced case be dismissed or converted.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **9:45 a.m.** on **March 11, 2026**, in **Second Floor Courtroom** of the Lewis R. Morgan Federal Building & U.S. Courthouse, 18 Greenville Street, Newnan, GA 30263, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)   If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk

at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, 18 Greenville Street, 2nd Floor, Newnan, GA 30263. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: February 10, 2026

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By: _____/s/_____
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4705
David.S.Weidenbaum@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SCV GRAPHIC PRODUCTIONS, INC., | : | CASE NO. 25-10613-PMB |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| | : | |
| GUY A. VAN BAALEN, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SCV GRAPHIC PRODUCTIONS, INC. | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE**

Guy A. Van Baalen, Acting United States Trustee for Region 21, in furtherance of his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1112(b), files this Motion to Dismiss or Convert Case and in support therefor states as follows:

1. The Court has jurisdiction of this matter under 28 U.S.C. §1334(a) and (b), 28 U.S.C. §157(a) and (b)(1). This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (B).

2. SCV Graphic Productions, Inc. (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq., on April 28, 2025.

3. Pursuant to 28 U.S.C. § 586(a)(3) and (4), the United States Trustee's duties include supervising the administration of chapter 11 cases and monitoring deposits or investments under section 345 of title 11. The United States Trustee files this request in furtherance of her duties and responsibilities pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307.

4. 11 U.S.C. § 1112(b), in pertinent part, provides as follows:

[T]he court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause. . . .
    (4) For purposes of this subsection, the term "cause" includes –
        (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; . . .
        (K) failure to pay any fees or charges required under chapter 123 of title 28; . . .

**Failure to File Monthly Operating Reports**

5. Bankruptcy Rule 2015 and Operating Guidelines of the United States Trustee require Debtor to file monthly operating reports. The electronic docket maintained by the Clerk of Court reflects Debtor has failed to file operating reports for April and December 2025. The January 2026 operating report is due February 21, 2026.

6. Debtor's failure to timely file monthly operating reports is in violation of his statutory obligations under 11 U.S.C. § 704(a)(8), made applicable to it as debtor in possession by 11 U.S.C. § 1107, and constitutes cause for dismissal or conversion of the case under 11 U.S.C. § 1112(b)(4)(F).

**Failure to Pay Quarterly Fees**

7. Operating Guidelines of the United States Trustee require Debtor to remain current on all administrative expenses including fees due the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6).

8.   Records maintained by the United States Trustee reflect that Debtor owes estimated fees in the amount of $22,524.00 due through the fourth quarter of 2025.[1]  Fees for the fourth quarter of 2025 are due no later than January 31, 2026.

9.   Debtor's failure to timely pay fees due the United States Trustee constitutes cause for dismissal or conversion of the case under 11 U.S.C. § 1112(b)(4)(K).

WHEREFORE, the United States Trustee prays for (i) the entry of an order dismissing or converting this case in its entirety; and (ii) such further relief as the court deems appropriate.

Dated: February 10, 2026

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21


By:   /s/
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4705
David.S.Weidenbaum@usdoj.gov

---

[1] The United States Trustee was required to estimate the disbursements and fees due to Debtor's failure to file timely reports. The actual quantum of quarterly fees may be greater based on Debtor's actual disbursements. The payment of quarterly fees is required by law and Debtor may not avert, abrogate or avoid its obligation to pay quarterly fees. The payment of quarterly fees is required until the case is closed, converted or dismissed.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss or Convert Case and Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | |
|---|---|
| AnnaClaire Bowman | abowman@kecklegal.com |
| Eric J. Breithaupt | EBreithaupt@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Ashley Champion | achampion@polsinelli.com |
| Jonathan D Clements | jclements@kecklegal.com |
| Stephen P. Drobny | sdrobny@joneswalker.com, nkatsaras@joneswalker.com;miamiservice@joneswalker.com |
| Arthur A. Ebbs | Arthur.Ebbs@wbd-us.com, Lynda.Daugherty@wbd-us.com |
| David E. Gordon | dgordon@polsinelli.com, ATLDocketing@polsinelli.com;rbanks@polsinelli.com |
| Todd E. Hennings | thennings@maceywilensky.com, cteh11@trustesolutions.net;hcrowder@maceywilensky.com |
| Benjamin R Keck | bkeck@kecklegal.com,2411851420@filings.docketbird.com, 9222034420@filings.docketbird.com |
| Lee Bynum Perkins | law@leeperkins.com |
| Andres H. Sandoval | andres.sandoval@usdoj.gov, CaseView.ECF@usdoj.gov;shonda.james@usdoj.gov |
| Kelly E. Waits | kwaits@burr.com |
| C Brent Wardrop | brent.wardrop@qpwblaw.com |
| Marie A Witte | mwitte@kecklegal.com |

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

ALL PARTIES ON ATTACHED MATRIX

By: _____/s/_____
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4705
David.S.Weidenbaum@usdoj.gov

```
Label Matrix for local noticing          360 Creative Solutions Group, LLC        A Compressor Service
113E-3                                    3939 Royal Drive NW                      2512 Tapo St
Case 25-10613-pmb                         Suite 210                                Simi Valley, CA 93063-2456
Northern District of Georgia              Kennesaw, GA 30144-6486
Newnan
Tue Feb 10 11:38:44 EST 2026

AGFA Corporation                          AGFA Corporation                         ATC Distributing
P.O. Box 7247-6207                        PO Box 2123                              12843 Foothill Blvd
Philadelphia, PA 19170-6207               Carol Stream, IL 60132-2123              Unit D
                                                                                   Sylmar, CA 91342-8701

Abitech                                   Active Air Systems Inc.                  Jonathan S. Adams
5865 Smithway Street                      26752 Oak Ave                            Office of the United States Trustee
Commerce, CA 90040-1605                   Ste K                                    362 Richard B Russell Federal Building
                                          Santa Clarita, CA 91351-6612             75 Ted Turner Drive, SW
                                                                                   Atlanta, GA 30303-3315

All Systems Go                            Alleguard                                Alliance Rental Solutions Inc.
28075 Avenue Stanford                     1093 Highway 278 East                    23031 Charing Cross Rd.
Valencia, CA 91355-1104                   Monticello, AR 71655-7907                Valencia, CA 91355

Alvy Bros Delivers, Inc.                  Art Directors Guild                      Athens Paper
28340 Avenue Crocker                      11969 Ventura Boulevard                  P.O. Box 291329
Unit B                                    Second Floor                             Nashville, TN 37229-1329
Valencia, CA 91355-1288                   Studio City, CA 91604-2619

Atlanta Compressor, LLC                   Banc of America Leasing & Capital LLC    Bank of America
123 Merchants Park Drive                  c/o Kelly E. Waits                       201 N Tryon Street
Hoschton, GA 30548-2386                   Burr & Forman LLP                        NC1-022-08-15
                                          1075 Peachtree Street NE, Suite 3000     Charlotte, NC 28255-0001
                                          Atlanta, Georgia 30309-3912

Bay Alarm                                 Beck Welding & Fabrication               Benjamin Deutscher
5130 Commercial Circle                    5071 Blackpool Ave                       1416 W San Bruno Ave
Concord, CA 94520-8522                    Oak Park, CA 91377-4804                  Fresno, CA 93711-3035

Blessed to Clean                          AnnaClaire Bowman                        Eric J. Breithaupt
25686 Serena DR                           Keck Legal, LLC                          Jones & Walden, LLC
Valencia, Ca 91355-2244                   2801 Buford Hwy NE                       699 Piedmont Avenue Northeast
                                          Suite 115                                Atlanta, GA 30308-1414
                                          Atlanta, GA 30329-2146

Burrtec Waste Industries                  Burrtec Waste Industries, Inc.           CA Department of Tax and Fee Administration
25772 Springbrook Ave                     PO Box 512403                            P.O. Box 942879
Santa Clarita, CA 91350-2563              Los Angeles, CA 90051-0403               Sacramento, CA 94279-0001

CAB assignee of Bay Alarm Company         Caldera, Inc.                            California Dept. of Tax and Fee Administrati
4340 Fulton Avenue, Third Fl.             32039 Rosemary Street                    Collection Support Bureau, MIC 29
Sherman Oaks, CA 91423-3925               Winchester, CA 92596-8963                PO Box 942879
                                                                                   Sacramento, CA 94279-0029
```

```
California Franchise Tax Board          (p)CALIFORNIA STATE BOARD OF EQUALIZATION    Calsak Plastics
PO Box 942857                           ACCOUNT REFERENCE GROUP MIC 29               3105 Sweetwater Road
Sacramento, CA 94257-0500               P O BOX 942879                               Suite J
                                        SACRAMENTO CA 94279-0029                     Lawrenceville, GA 30044-2447


Calsak Plastics                         Ashley Champion                              Jonathan D Clements
P.O. Box 888578                         Polsinelli                                   Keck Legal, LLC
Los Angeles, CA 90088-8578              Suite #1100                                  Druid Chase - Suite 115
                                        1201 West Peachtree Street, NW               2801 Buford Highway NE
                                        Atlanta, GA 30309-3471                       Atlanta, GA 30329-2149


Composites One                          Courier-Messenger, Inc.                      CourierNet
955 National Pkwy                       28015 Smyth Drive                            P.O. Box 409236
Schaumburg, IL 60173-5363               Valencia, CA 91355-4023                      Atlanta, GA 30384-9236


Creative Graphic Services               Crenshaw 3840 Partners, LLC                  Crenshaw 3840 Partners, LLC
20734 Centre Pointe Pkwy                800 West 6th Street                          c/o Greenberg Glusker LLP
Santa Clarita, CA 91350-2966            Suite 600                                    Attn: Jonathan Shenson
                                        Los Angeles, CA 90017-2709                   2049 Century Park East, Ste. 2600
                                                                                     Los Angeles, CA 90067-3200


Damon Simpson                           DeRouchey Foam - East                        Derouchey Foam
26767 Via La Paz                        11035 Sutter Avenue                          11035 Sutter Ave
Valencia, CA 91381-0640                 Pacoima, CA 91331-2457                       Pacoima, CA 91331-2457


Stephen P. Drobny                       ENGS Commercial Capital, LLC                 Arthur A. Ebbs
Jones Walker LLP                        PO Box 128                                   Womble Bond Dickinson (US) LLP
Suite 1400                              Itasca, IL 60143-0128                        Suite 1400
3455 Peachtree Road NE                                                               1331 Spring Street, NW
Atlanta, GA 30326-4202                                                               Atlanta, GA 30309-5157


Electronics For Imaging                 Epic Distribution                            FRANCHISE TAX BOARD
2855 Campus Drive                       725 E. Debra Lane                            BANKRUPTCY SECTION MS A340
San Mateo, CA 94403-2510                Anaheim, CA 92805-6334                       PO BOX 2952
                                                                                     SACRAMENTO, CA 95812-2952


Fayette County Tax                      FedEx                                        Fellers - DCC East
P. O. Box 70                            PO Box 7221                                  350 E Devon Ave
Fayetteville, GA 30214-0070             Pasadena, CA 91109-7321                      Lockbox#778841
                                                                                     Itasca, IL 60143-1249


(p)FIRST CITIZENS BANK AND TRUST COMPANY  G.U. Eagle America, Inc.                   GFI CONSTRUCTION, INC.
10201 CENTURION PARKWAY N STE 100       855 S Milliken Ave                           25235 AVENUE TIBBITTS
JACKSONVILLE FL 32256-4114              Suite E                                      VALENCIA, CA 91355-3433
                                        Ontario, CA 91761-7822


GFI Construction, Inc.                  Georgia Department of Labor                  (p)GEORGIA DEPARTMENT OF REVENUE
25235 Avenue Tibbits                    148 Andrew Young Int'l Blvd. NE              BANKRUPTCY
Valencia, CA 91355-3433                 Atlanta, GA 30303-1751                       2595 CENTURY PKWY NE SUITE 339
                                                                                     ATLANTA GA 30345-3173
```

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Go LA Car Service LLC
26820 Espuma Dr
Santa Clarita, CA 91350-2324


David E. Gordon
Polsinelli PC
Suite 1100
1201 West Peachtree Street. NW
Atlanta, GA 30309-3471

Grimco
29538 Network Place
Chicago, IL 60673-1295

HP Inc.
P.O. Box 741046
Los Angeles, CA 90074-1046


HP Inc.
P.O. Box 742881
Los Angeles, CA 90074-2881

Hardwoods Specialty Products US LP
9754 Deering Ave
Unit A
Chatsworth, CA 91311-4301

Todd E. Hennings
Macey, Wilensky & Hennings, LLP
Suite 435
5500 Interstate Parkway North
Atlanta, GA 30328-4690


(p)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4328

Huntington Bank
41 S. High Street
Columbus, OH 43215-3406

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Jackson Milling & Lumber, Inc.
24854 Avenue Tibbitts
Valencia, CA 91355-3404

James Powell
2829 N Burgan Avenue
Fresno, CA 93727-8973

Benjamin R Keck
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329-2149


Klingspor Abrasives, Inc.
PO Box 2367
Hickory, NC 28603-2367

Kongsberg Precision Cutting Systems US, LLC
1983 Byers Road
Miamisburg, OH 45342-5777

LA County Assessor
500 W. Temple Street
Room 225
Los Angeles, CA 90012-2752


LR Global
1 Clay Place
Hapeville, GA 30354-1957

Laird Plastic
P.O. BOX 934226
Atlanta, Ga 31193-4226

(p)LANDSTAR TRANSPORTATION LOGISTICS   INC
13410 SUTTON PARK DRIVE SOUTH
2ND FLOOR - ACCOUNTS RECEIVABLE
JACKSONVILLE FL 32224-5270


Lee B. Perkins
3715 Northside Parkway NW
Building 100, Suite 500
Atlanta, GA 30327-2868

Lexington - A Nassal Company
12660 Branford Street
Pacoima, CA 91331-3451

Linde Gas & Equipment Inc.
21450 Golden Triangle Rd
Santa Clarita, CA 91350-2911


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

M&W Electric
PO BOX 1119
Hiram, GA 30141-1119

MPIPHP
P.O. Box 1999
Studio City, CA 91614-0999


MWD Media Well Done
28534 Constellation Rd
Valencia, CA 91355-5082

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

McNichols
14108 Arbor Place
Cerritos, CA 90703-2404

| | | |
|---|---|---|
| Media One<br>11752 Markon Dr.<br>Garden Grove, CA 92841-1813 | Mitsubishi<br>1 Pierce Place, Suite 1100<br>Itasca, IL 60143-3149 | Mitsubishi HC Capital America, Inc.<br>c/o Stephen P. Drobny, Esq.<br>Jones Walker LLP<br>3455 Peachtree Rd. NE<br>Suite 1400<br>Atlanta, GA 30326-4202 |
| Monster City<br>28159 Avenue Stanford #180<br>Santa Clarita, CA 91355-2274 | Monster City<br>411 S West Avenue<br>Fresno, CA 93706-1320 | Montroy Supply, Co.<br>PO Box 93000<br>Long Beach, CA 90809-3000 |
| Motion Pictures Industry Pension Plan and Mo<br>Peter S. Dickinson<br>801 N. Brand Boulevard, Suite 950<br>Glendale, CA 91203-1260 | Nelson Mullins Riley & Scarborough LLP<br>Attn: Frank B.B. Knowlton<br>201 17th ST NE STE 1700<br>Atlanta, GA 30363 | Nelson Mullins Riley & Scarborough LLP<br>Attn: Frank B.B. Knowlton<br>P.O. Box 11070<br>Columbia, SC 29211-1070 |
| North American Composites Company<br>PO Box 848149<br>Los Angeles, CA 90084-8149 | Nusign Supply<br>1933 West Mission Blvd<br>Pomona, CA 91766-1037 | Orkin, Inc.<br>P.O. Box 740300<br>Cincinnati, OH 45274-0300 |
| Paint Unlimited, Inc.<br>3715 Northside Parkway NW<br>Building 100, Suite 500<br>Atlanta, GA 30327-2886 | Lee Bynum Perkins<br>Lee B. Perkins, Attorney at Law<br>3715 Northside Parkway NW<br>Building 100, Suite 500<br>Atlanta, GA 30327-2868 | Pete Wallace Rigging<br>3234 Marjan Drive<br>Atlanta, GA 30340-3904 |
| Piedmont Plastics<br>PO Box 845649<br>Los Angeles, Ca 90084-5649 | Pioneer Fire Professionals, Inc.<br>14819 Calvert St<br>Van Nuys, CA 91411-2779 | Platinum Sign Supply<br>560 Birch St<br>Building 4<br>Lake Elsinore, CA 92530-2726 |
| Polymershapes LLC - DCC East<br>P.O. Box 505503<br>St. Louis, MO 63150-5503 | R&R Express Logistics<br>PO Box 72124<br>Cleveland, OH 44192-0002 | Read and Company<br>PO BOX 15264<br>Los Angeles, CA 90015-0264 |
| Regions Bank d/b/a Ascentium Capital<br>23970 HWY 59 N<br>Kingwood, TX 77339-1535 | RevChem Composites<br>PO Box 333<br>Bloomington, CA 92316-0333 | Reynolds Advanced<br>2040 N Lincoln St<br>Burbank, CA 91504-3333 |
| Robotic Solutions - DCC East<br>38 Mt. Ebo Road S<br>Brewster, NY 10509-4005 | Ronald Niner<br>25303 Rolling Greens Way<br>Santa Clarita, CA 91350-3316 | SCV Graphic Productions, Inc.<br>27520 Avenue Mentry<br>Valencia, CA 91355-1270 |
| SCV Water<br>PO Box 515106<br>Los Angeles, CA 90051-5106 | (p)SOUTHERN CALIFORNIA EDISON COMPANY<br>1551 W SAN BERNARDINO ROAD<br>COVINA CA 91722-3407 | Andres H. Sandoval<br>Office of the United States Attorney<br>Suite 600<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3309 |

| | | |
|---|---|---|
| Santa Clarita False Alarm Reduction Program<br>PO BOX 743065<br>Los Angeles, CA 90074-3065 | Saroyan Hardwoods<br>6230 S Alameda St<br>Huntington Park, CA 90255-3503 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Martin Simone<br>Law Offices of Simone & Roos, LLP<br>5627 Sepulveda Blvd Ste 206<br>Sherman Oaks, CA 91411-2920 | SoCalGas<br>P.O. Box 30337<br>Los Angeles, CA 90030-0337 | SoCalGas<br>PO Box C<br>Monterrey Park, CA 91754-0932 |
| TForce Worldwide, Inc.<br>PO Box 7410328<br>Chicago, IL 60674-0328 | TQL<br>PO Box 634558<br>Cincinnati, OH 45263-4558 | The Huntington National Bank<br>11100 Wayzata Blvd. Suite 700<br>Minnetonka, MN 55305-5523 |
| Thomas Haake<br>6058 Stirrup Rd.<br>Cincinnati, OH 45244-3917 | Tom Haake<br>6058 Stirrup RD<br>Cincinnati, OH 45244-3917 | Topa Topa Technology Group<br>1428 La Paz Dr<br>Ojai, CA 93023-3621 |
| Total Quality Logistics, LLC<br>Attn: Joseph Wells, Sr Corp Counsel<br>4289 Ivy Pointe Blvd<br>Cincinnati, OH 45245-0002 | Total Quality Logistics- DCC EAST<br>PO BOX 634558<br>Cincinnati, OH 45263-4558 | Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 |
| Trilith PropCo, LLC<br>461 Sandy Creek Rd<br>Fayetteville, GA 30214-4283 | Trilith Studios<br>Attn: Ginny Hernandez<br>Trilith PropCo, LLC<br>461 Sandy Creek Road STE 1102<br>Fayetteville, GA 30214-4284 | Triscenic Production Services, Inc.<br>24911 Ave Stanford<br>Santa Clarita, CA 91355-1278 |
| Triscenic Production Services, Inc.<br>24911 Avenue Stanford<br>Valencia, CA 91355-1278 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | U.S. Small Business Administration<br>2 NORTH STREET, SUITE 320<br>Birmingham, AL 35203 |
| U.S. Small Business Administration<br>2120 Riverfront Drive, Ste. 250<br>Little Rock, AR 72202-1796 | Uline<br>PO BOX 88741<br>Chicago, IL 60680-1741 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Vericore<br>10115 Kincy Avenue<br>Suite 100<br>Huntersville, NC 28078-6482 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>c/o C. Brent Wardrop<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>365 Northridge Rd. Suite 230<br>Atlanta, GA 30350-6100 |
| Kelly E. Waits<br>Burr & Forman LLP<br>Suite 3000<br>1075 Peachtree Street NE<br>Atlanta, GA 30309-3912 | C Brent Wardrop<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>Suite 230<br>365 Northridge Road<br>Atlanta, GA 30350-6100 | (p)WASTE MANAGEMENT<br>ATTN C/O JACQUOLYN MLLLS<br>800 CAPITAL STREET STE 3000<br>HOUSTON TX 77002-2945 |

| | | |
|---|---|---|
| Watters Edge Design<br>PO BOX 733<br>Stevensville, MT 59870-0733 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 |
| Wells Fargo Bank, National Association<br>Sandra Coupe - CMG Wells Fargo Bank<br>1620 E. Roseville Parkway Suite #00<br>Roseville, CA 95661-3995 | (p)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | Marie A Witte<br>Keck Legal, LLC<br>2801 Buford Hwy NE, Suite 115<br>Atlanta, GA 30329-2146 |
| Zund America, Inc.<br>8142 S 6th St<br>Oak Creek, WI 53154-2363 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| California State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 | First Citizens Bank & Trust Company<br>10201 Centurion PKWY N<br>Jacksonville, FL 32256 | Georgia Department of Revenue<br>2595 Century Parkway NE<br>Suite 339<br>Atlanta, GA 30345 |
| Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL 34134 | Landstar Global Logistics<br>13410 Sutton Park Dr. South<br>Jacksonville, FL 32224 | Los Angeles County Tax Collector<br>P.O. Box 54027<br>Los Angeles, CA 90054-0027 |
| (d)Los Angeles County Treasurer and Tax Colle<br>Attn: Bankruptcy Unit<br>P.O.Box 54110<br>Los Angeles, CA 90054 | SOUTHERN CALIFORNIA EDISON COMPANY<br>PO BOX 6109<br>COVINA, CA 91722 | (d)Southern California Edison<br>PO Box 300<br>Rosemead, CA 91772-0001 |
| (d)Southern California Edison Company<br>2244 Walnut Grove Ave<br>Rosemead, CA 91770 | Waste Management<br>Bank of America Tower<br>800 Capitol ST STE 3000<br>Houston, TX 85062-8251 | Wex Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alberto Ruiz Barajas | (u)Banc of America Leasing & Capital LLC | (u)Crenshaw 3840 Partners, LLC |

| | | |
|---|---|---|
| (u)HUNTINGTON NATIONAL BANK | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (u)Mercedes-Benz Financial Services USA, LLC |
| (d)Mitsubishi HC Capital America, Inc.<br>c/o Stephen P. Drobny, Esq.<br>Jones Walker LLP<br>3455 Peachtree Rd NE, Suite 1400<br>Atlanta, GA 30326-4202 | (u)Paint Unlimited, Inc. | (u)Small Business Administration |
| (u)Trilith Studios, LLC and Trilith PropCo, L | End of Label Matrix<br>Mailable recipients    156<br>Bypassed recipients     10<br>Total                  166 | |