**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

IN THE MATTER OF: BANKRUPTCY NO. 25-10613-pmb

SCV GRAPHIC PRODUCTIONS, INC.

Debtor, CHAPTER 11

Mitsubishi HC Capital
America, Inc.,

Movant,

v. **CONTESTED MATTER**

SCV Graphic Productions, Inc. (Debtor),
Respondent(s).

## ***EX PARTE*** **MOTION FOR STAY RELIEF ORDER UPON UNCURED DEFAULTS**

Pursuant to Section 362 of the Bankruptcy Code, Mitsubishi HC Capital America, Inc. ("Movant"), moves the Court to enter an *ex parte* order granting stay relief due to the uncured defaults of debtor, SCV Graphic Productions, Inc., under this Court's prior orders, and would show the Court as follows:

## **PARTIES AND JURISDICTION**

1. On April 28, 2025 ("Petition Date"), the debtor, SCV Graphic Productions, Inc. ("Debtor"), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. This is a core proceeding over which the Court has jurisdiction pursuant to 28 U.S.C. § 157(b)(2)(G) and 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The relief requested herein is based upon Section 362(d) of the Bankruptcy Code.

**BACKGROUND FACTS**

4. On or about December 27, 2019, the Debtor executed and delivered to Engs Commercial Finance Co. a commercial finance agreement ("Agreement 1") with respect to an EFI Vutek 5R+ Super Wide Roll to Roll Led Printer, Serial No. 8820219, with all accessories, attachments and components. True and correct copies of Agreement 1 and the recorded UCC-1 financing statement perfecting Movant's lien are attached to Proof of Claim No. 10.

5. On or about May 3, 2021, the Debtor executed and delivered to Engs Commercial Finance Co. a commercial finance agreement ("Agreement 2") with respect to an EFI Vutek 5R+ Super Wide Roll to Roll Led Printer (new), Serial No. 8150621, with all accessories, attachments and components. True and correct copies of Agreement 2 and the recorded UCC-1 financing statement perfecting Movant's lien are attached to Proof of Claim No. 11.

6. On April 1, 2023, Engs Commercial Finance Co. merged into Movant, with Movant as the surviving entity.

7. Pre-petition, the Debtor defaulted on Agreement 1 by failing to make payments as agreed. As of the Petition Date, the Debtor was $10,747.40 past due on its obligations to Movant under Agreement 1. *See* Proof of Claim No. 10, p. 4.

8. Pre-petition, the Debtor defaulted on Agreement 2 by failing to make payments as agreed. As of the Petition Date, the Debtor was $21,217.93 past due on its obligations to Movant under Agreement 2. *See* Proof of Claim No. 11, p. 4.

9. As may be evidenced by Proof of Claim No. 10, there was due and owing to Movant the sum of $179,924.55 under Agreement 1 as of the Petition Date. *See* Proof of Claim No. 10, p. 4.

10. As may be evidenced by Proof of Claim No. 11, there was due and owing to Movant the sum of $173,841.89 under Agreement 2 as of the Petition Date. *See* Proof of Claim No. 11, p. 4.

**DEFAULTS UNDER PRIOR COURT ORDERS**

11. On June 2, 2025, Movant filed its motion for relief from stay ("Stay Relief Motion") [D.E. 45].

12. On July 17, 2025, this Court entered its *Agreed Order Granting Further Adequate Protection* ("AP Order") [D.E. 71]. The AP Order provides, in relevant part, that: "Debtor agrees to, on or before July 27, 2025, and on the 27th day of each month thereafter until a chapter 11 plan is confirmed or this case is dismissed, make adequate protection payments to Creditor in the amount of $5,000.00 per month with respect to the two (2) EFT Vutek 5R+ Super Wide Roll to Roll Led Printers (collectively, the "Printers" [.]"

13. On December 16, 2025, the Court entered its *Agreed Order on Motion to Enforce Agreed Order Granting Adequate Protection* (the "Enforcement Order") [D.E. 145]. The Enforcement Order provides that: "The Debtor agrees to remain obligated to make the adequate protection payments and perform the other obligations set forth in this Court's prior [AP Order.]" The Enforcement Order further provides:

> In the event of a default under the AP Order (a "Default"), Movant shall provide written notice of the same to Debtor's counsel by email to: bkeck@kecklegal.com and jclements@kecklegal.com (the "Default Notice"). If a Default is not cured within five (5) business days of dispatch of the Default Notice, then Movant shall be entitled to the immediate and *ex parte* entry of an order granting relief from the automatic stay (in rem relief only) as to the Printers (as defined in the AP Order), including a waiver of the stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(4), upon submission of a declaration attesting to such default.

14. On February 20, 2026, this Court entered its *Order Granting Motion for Relief from Automatic Stay* [D.E. 176] affording Mitsubishi HC Capital America, Inc. with relief from stay as

to the Printer bearing Serial No. 8820219. The stay currently remains in effect as to the other Printer bearing Serial No. 8150621.

15. The Debtor defaulted under the AP Order due to its failure to timely tender the adequate protection payments due on February 27, 2026 and March 27, 2026. *See* Declaration of Stephen P. Drobny ("Drobny Declaration") [D.E. 218], ¶ 5.

16. On April 10, 2026, the undersigned provided written notice of such Defaults in accordance with the Enforcement Order. *See* Drobny Declaration, ¶ 6. A true and correct copy of the default notice is attached to the Drobny Declaration as Exhibit A.

17. As of the date and time of filing this motion, such Defaults have not been cured (and adequate protection payments coming due subsequent to the default notice have also not been paid). *See* Drobny Declaration, ¶ 7.

WHEREFORE, Movant respectfully requests that the Court enter an *ex parte* Order: (i) granting Movant relief from the automatic stay with respect to the EFI Vutek 5R+ Super Wide Roll to Roll Led Printer, Serial No. 8150621; and (ii) waiving the fourteen-day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(4).

Respectfully submitted,

Mitsubishi HC Capital America, Inc.

By Its Attorneys,
JONES WALKER LLP

*/s/ Stephen P. Drobny*

Stephen P. Drobny
Georgia Bar No. 430447
JONES WALKER LLP
Suite 1400
3455 Peachtree Rd NE
Atlanta, GA 30326
Telephone (404) 870-7500
Telecopy (404) 870-7501
Email sdrobny@joneswalker.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Relief from Automatic Stay has been served by ECF or first-class mail on this 1st day of June, 2026 to the parties listed below:

SCV Graphic Productions, Inc.
27520 Avenue Mentry
Valencia, CA 91355

AnnaClaire Bowman on behalf of Debtor SCV Graphic Productions, Inc.
abowman@kecklegal.com

Eric J. Breithaupt on behalf of Creditor Mercedes-Benz Financial Services USA, LLC
EBreithaupt@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

Ashley Champion on behalf of Creditor Crenshaw 3840 Partners, LLC
achampion@polsinelli.com

Jonathan D Clements on behalf of Debtor SCV Graphic Productions, Inc.
jclements@kecklegal.com

Stephen P. Drobny on behalf of Creditor Mitsubishi HC Capital America, Inc.
sdrobny@joneswalker.com, nkatsaras@joneswalker.com;miamiservice@joneswalker.com

Arthur A. Ebbs on behalf of Creditor HUNTINGTON NATIONAL BANK
Arthur.Ebbs@wbd-us.com, Lynda.Daugherty@wbd-us.com

David E. Gordon on behalf of Creditor Crenshaw 3840 Partners, LLC
dgordon@polsinelli.com, ATLDocketing@polsinelli.com;rbanks@polsinelli.com

Todd E. Hennings on behalf of Creditor Trilith Studios, LLC and Trilith PropCo, LLC
thennings@maceywilensky.com, cteh11@trustesolutions.net;hcrowder@maceywilensky.com

Benjamin R Keck on behalf of Debtor SCV Graphic Productions, Inc.
bkeck@kecklegal.com,
2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Lee Bynum Perkins on behalf of Creditor Paint Unlimited, Inc.
law@leeperkins.com

Andres H. Sandoval on behalf of Creditor Small Business Administration
andres.sandoval@usdoj.gov, CaseView.ECF@usdoj.gov;shonda.james@usdoj.gov

Kelly E. Waits on behalf of Creditor Banc of America Leasing & Capital LLC
kwaits@burr.com

C Brent Wardrop on behalf of Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION
brent.wardrop@qpwblaw.com

David S. Weidenbaum on behalf of U.S. Trustee United States Trustee
david.s.weidenbaum@usdoj.gov

*/s/ Stephen P. Drobny*

Stephen P. Drobny
Georgia Bar No. 430447
JONES WALKER LLP
Suite 1400
3455 Peachtree Rd NE
Atlanta, GA 30326
Telephone (404) 870-7500
Telecopy (404) 870-7501
Email sdrobny@joneswalker.com